Vivian M. Arias
John M. Doherty
THOMPSON & KNIGHT LLP
*Attorneys for Plaintiff*
900 Third Avenue, 20th Floor
New York, New York 10022
(212) 751-3251

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12,<br><br>Plaintiff,<br><br>-against-<br><br>LICHTER GATEWAY IV LLC, CLAIRE LICHTER, individually and in her capacity as Executrix of the ESTATE OF ALFRED LICHTER, JOSEPH SCHWARTZ, SUZETTE SCHWARTZ, THE ALFRED LICHTER 2000 FAMILY TRUST, and GATEWAY CONCOURSE ASSOCIATION, INC.,<br><br>Defendants. | Civil Action No. 2:17-cv-02036-KM-MAH |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that on August 20, 2018, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff[1] shall move (the "Motion") before the Honorable Kevin McNulty, U.S.D.J., at the United States District Court, District of New Jersey, Martin

[1] On June 14, 2018, the parties filed a Stipulation and Proposed Consent Order substituting Four Gateway Center Note Owner LLC ("Noteholder") into this action as the Plaintiff, in the place and stead of Wells Fargo Bank, N.A., as Trustee For Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2006-IQ12 ("Wells Fargo"), which is pending signature by the Court. For purposes of this Motion, Noteholder, Noteholder, Wells Fargo, and their predecessors-in-interest, as appropriate, are collectively referred to herein as "Plaintiff."

Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order:

1. pursuant to Fed. R. Civ. P. 56, granting Plaintiff summary judgment against Defendants on Counts I, II, III, V, and VI of its Complaint;

2. entering a Judgment of Foreclosure of the property made the basis of this action located at 100 Mulberry Street, Newark, New Jersey 07102, also known as Block 151, Lot 121, as shown on the Official Tax Map of the City of Newark in the County of Essex, State of New Jersey (the "Mortgaged Premises"), defendants Lichter Gateway IV LLC ("Lichter Gateway" or "Borrower"), Claire Lichter ("Claire"), individually and in her capacity as Executrix of the Estate of Alfred Lichter, Joseph Schwartz ("Joseph"), Suzette Schwartz ("Suzette"), The Alfred Lichter 2000 Family Trust ("The Family Trust", and together with Borrower, Claire, Joseph, and Suzette, the "Defendants");

3. entering judgment on damages due to Plaintiff by virtue of its mortgage, the sum of $60,266,874.78 as of June 15, 2018 plus interest;

4. awarding such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Plaintiff will rely upon the Declaration of James Jordan, dated June 14, 2018, and the Declaration of Vivian Arias, dated June 15, 2018, submitted herewith, and the exhibits attached thereto.

PLEASE TAKE FURTHER NOTICE that opposition, if any, to the relief requested must be made in writing in the form prescribed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of New Jersey and served on Plaintiff's counsel and filed with this Court no later than July 18, 2018.

PLEASE TAKE FURTHER NOTICE that Plaintiff's reply papers, if necessary, shall be served and filed with this Court no later than August 10, 2018.

PLEASE TAKE FURTHER NOTICE that oral argument is requested if this Motion is opposed and if the Court sees fit.

Thompson & Knight LLP
*Attorneys for Plaintiff*

By: /s/ Vivian M. Arias
VIVIAN M. ARIAS

Dated: June 15, 2018