# EXHIBIT 1

**ALLONGE**

**THIS ALLONGE**, dated May 11, 2018, is attached to and made a part of that certain Promissory Note dated October 24, 2006, in the original principal sum of $61,000,000.00, payable to the order of **LASALLE BANK NATIONAL ASSOCIATION** ("Original Lender"), and now held by **WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12**, as successor in interest to Original Lender, for purposes of annexing thereto the following endorsement:

Pay to the order of **FOUR GATEWAY CENTER NOTE OWNER LLC**, a Delaware limited liability company, without recourse, representation or warranty, express or implied.

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12**

By: C-III Asset Management LLC (f/k/a ARCap Servicing, Inc.), a Delaware limited liability company, in its capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated December 1, 2006

By: Laura Thorp

Name: Laura Thorp
Title: Servicing Officer