# EXHIBIT 3

# Essex County Register Document Summary Sheet

| | | |
|---|---|---|
| ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES<br><br>HALL OF RECORDS - ROOM 130<br>465 DR. MARTIN LUTHER KING BLVD<br>NEWARK NJ 07102 | **Transaction Identification Number** | 3390417 2872186 |
| | **Recorded Document to be Returned by Submitter to:**<br>REPUBLIC TITLE OF TEXAS, INC.<br>2626 HOWELL STREET, 10TH FLOOR<br>DALLAS, TX 75204 | |

**Official Use Only**

DANA RONE
REG. OF DEEDS & MORTGAGES
ESSEX COUNTY
New Jersey

DOCUMENT TYPE
3
INSTRUMENT NUMBER
2018042816
RECORDED ON
May 16, 2018
12:41:22 PM
Total Pages: 7

| | |
|---|---|
| NJ PRESERVATION ACCOUNT | $30.00 |
| REGISTER RECORDING FEE | $50.00 |
| EFILING CONVENIENCE FEES | $3.00 |
| TOTAL PAID | $83.00 |

INV: 206786 USER: BB

| | |
|---|---|
| **Submission Date** *(mm/dd/yyyy)* | 05/15/2018 |
| **No. of Pages** *(excluding Summary Sheet)* | 5 |
| **Recording Fee** *(excluding transfer tax)*<br>*(Convenience Charge of $3.00 included)* | $83.00 |
| **Realty Transfer Tax** | $0.00 |
| **Total Amount** | $83.00 |
| **Document Type** | MTGE ASSGN |
| **Electronic Recordation Level** | L2 - Level 2 (With Images) |

**Municipal Codes**

| | |
|---|---|
| ESSEX COUNTY | 99 |

**Bar Code(s)**

2 4 3 7 5 8

**Additional Information (Official Use Only)**

** DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

# Essex County Register Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| MTGE ASSGN | Type | MTGE ASSGN | | | |
| | Consideration | | | | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | Document Date | 05/11/2018 | | | |
| | Reference Info | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | 11600 | 888 | 6158040 | |

| | | |
|---|---|---|
| MORTGAGOR | Name | Address |
| | WELLS FARGO BANK NA | |
| | MORGAN STANLEY CAPI I INC | |
| ASSIGNEE | Name | Address |
| | FOUR GATEWAY CENTER NOTE OWNER LLC | |

| | | | | | |
|---|---|---|---|---|---|
| Parcel Info | | | | | |
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | |

** DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Recording Requested By, and
When Recorded, Return to:

Sarah Jane Worrell-Bowdoin
Republic Title of Texas, Inc.
2626 Howell Street, 10th Floor
Dallas, Texas 75204

This Instrument Prepared by:

Merri H. McCoy, Esq.
Kilpatrick Townsend & Stockton LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201

ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

State of New Jersey §
§ KNOW ALL PERSONS BY THESE PRESENTS:
County of Essex §

That **WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12** ("**Assignor**"), whose address is c/o C-III Asset Management LLC, Attn: Laura Thorp, 5221 North O'Connor Blvd., Suite 800, Irving, Texas 75039, for good and valuable consideration paid to Assignor by **FOUR GATEWAY CENTER NOTE OWNER LLC**, a Delaware limited liability company ("**Assignee**"), whose address is 390 Park Avenue, 15th Floor, New York, New York 10022, Attn: David Wysoki, the receipt and sufficiency of which are hereby acknowledged, has negotiated, transferred, assigned, endorsed, granted, conveyed, and delivered, and by these presents does hereby negotiate, transfer, assign, endorse, grant, convey and deliver unto Assignee, without recourse, representation or warranty of any kind, except as set forth in that certain Loan Sale Agreement between Assignor and Assignee related to this Assignment of Assignment of Leases and Rents, the following loan document:

> That certain Assignment of Leases and Rents, executed Heritage Gateway, LLC, Marine One Associates III, LLC, Ridgewood 2000 Associates III, LLC, JPG Real Estate III, LLC, and Ivy Gateway, LLC, each a Delaware limited liability company as of October 25, 2006 and recorded on October 30, 2006, as Instrument No. 6158040 in Book 11600, Page 888, Register of Deeds of Essex County, New Jersey (the "**Records**"), as assigned to Assignor, by that certain Assignment of

Assignment of Leases and Rents effective as of December 21, 2006 and recorded on May 30, 2007, as Instrument No. 7070237 in Book 12059, Page 1235 of the Records, and as modified by that certain Assumption Agreement dated September 16, 2009 and recorded on October 2, 2009, as Instrument No. 9085615 in Book 12220, Page 4691 of the Records, and by that certain Assumption and Release Agreement dated as of January 3, 2011 and recorded on January 10, 2011, as Instrument No. 11002811 in Book 12291, Page 5216 of the Records, covering and affecting that certain real property located in Essex County, New Jersey more completely described in Exhibit A attached hereto and made a part hereof.

To have and to hold the same unto Assignee, its successors and assigns, forever, so that neither Assignor nor anyone else will claim the same or any part thereof.

SIGNATURE PAGE FOLLOWS

In witness whereof, Assignor has caused this Assignment of Assignment of Leases and Rents to be executed to be effective as of May 11, 2018.

ASSIGNOR:

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12**

By: C-III Asset Management LLC (f/k/a ARCap Servicing, Inc.), a Delaware limited liability company, in its capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated December 1, 2006

By: Laura Thorp
Name: Laura Thorp
Title: Servicing Officer

STATE OF TEXAS §
§
COUNTY OF DALLAS §

BEFORE ME, a Notary Public of the State and County aforesaid, personally appeared Laura Thorp, Servicing Officer of C-III Asset Management LLC, the Special Servicer of Wells Fargo Bank, N.A., as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates Series 2006-IQ12, who acknowledged to me that she signed this instrument on behalf of said limited liability company, acting for and on behalf of said national association.

WITNESS MY HAND AND OFFICIAL SEAL this 10 day of May, 2018.

Torrence A Lagoy
Notary Public

My Commission Expires: 4-26-2022

[SEAL] TORRENCE AMOUR LAGOY
Notary Public, State of Texas
Comm. Expires 04-26-2022
Notary ID 128260605

Signature Page

Exhibit A
to Assignment of Assignment of Leases and Rents
Legal Description

BEGINNING at a point in the Easterly line of Mulberry Street (variable width Right of Way), said point being situate South 27ø24'42" West, a distance of 212.84 feet and South 25ø36'05" West, a distance of 42.26 feet from a point located at the intersection of the Southerly Right of Way line of Commerce Street (60 feet wide R.O.W.) with the Easterly Right of Way line of Mulberry Street, and from said beginning point running, thence:

1) South 74ø26'00" East, a distance of 197.94 feet, coincident with Lot 122, Block 151 to a point; thence

2) Along the same North 60ø34'00" East, a distance of 8.49 feet to a point in the same; thence

3) South 74ø26'00" East, a distance of 52.17 feet along the same to a point in the Westerly line of Lot 1, Block 151; thence

4) South 15ø34'00" West, a distance of 185.14 feet, coincident with Lot 1, Block 151 to a point in the Northerly line of Market Street; thence

5) Along the Northerly right of way line of Market Street (variable width right of way), North 76ø30'37" West, a distance of 278.72 feet to a point in the Easterly line of Mulberry Street; thence

6) Along the Easterly line of Mulberry Street, North 14ø25'59" East, a distance of 47.25 feet to a point in the same; thence

7) North 75ø36'18" West, a distance of 1.78 feet to a point in the same; thence

8) Still along the same, North 25ø36'05" East, a distance of 144.24 feet to the point and place of BEGINNING.

TOGETHER with the free and uninterrupted use, and the liberty and privilege of uninterrupted passage along an overhead Pedestrian Walkway (including two bridges noted hereafter) which extends from its Easterly most point at the Pennsylvania Railroad Station located at the Easterly side of Raymond Plaza West, (variable width) crossing and bridging the aforesaid Raymond Plaza West at and between the elevations of 34.2 and 51.2 feet above City Datum to the entrance of One Gateway Center Condominium at and between the elevations of 34.1 feet and 51.2 feet above City Datum; thence passing along and through the aforesaid Condominium at and between the elevations as set forth in the Condominium Plans to the land now or late of the Prudential Insurance Company of America; thence crossing the aforesaid land and also crossing and bridging McCarter Highway also known as New Jersey State Highway Route 21 (variable width) at and between the elevations of 42.9 feet and 60.2 feet above City Datum to the entrance of Two Gateway Center at and between the elevations of 46.6 feet and 60.7 feet above City Datum; thence extending through the building and crossing the land of Two Gateway Center at and between the elevations of 43.1 feet and 64.7 feet above City Datum to the entrance of Three

Gateway Garage at and between the elevations of 43.1 feet and 64.7 feet above City Datum; thence extending through the building and crossing the land of Three Gateway Garage and also crossing the land of Three Gateway at and between the elevations of 43.0 feet and 64.7 feet above the City Datum to the entrance of Three Gateway Center; thence extending through Three Gateway Center at and between the elevations of 43.0 feet and 64.7 feet above the City Datum to the Westerly most point at or near Mulberry Street (variable width) (such entire described Pedestrian Walkway (including the bridges described above), the "Pedestrian Walkway").

Subject to and together with easements as set forth in Deed Book 4768 page 941 and Deed Book 5164 page 592 as modified and or superseded by that certain Amended and Restated Grant and Agreement between One Gateway Center Condominium Association, Inc.; The Prudential Insurance Company of America; Third Newark Gateway Urban Renewal Association, a New Jersey Partnership; Gateway Four Urban Renewal, L.P. and Gateway South Urban Renewal Association, a New Jersey Partnership; dated December 21, 1999 and recorded December 27, 1999 in Deed Book 5664 page 680.

TOGETHER with and subject to the Amended and Restated Grant and Agreement between One Gateway Center Condominium Association, Inc.; The Prudential Insurance Company of America; Third Newark Gateway Urban Renewal Association, a New Jersey Partnership; Gateway Four Urban Renewal, L.P. and Gateway South Urban Renewal Association, a New Jersey Partnership; dated December 21, 1999 and recorded December 27, 1999 in Deed Book 5664 page 680.

TOGETHER with and subject to the Grant and Declaration of Easements between Gateway III Newark, L.L.C.; Gateway IV Newark Urban Renewal, L.L.C.; Gateway V Newark, L.L.C.; and Gateway Parking Newark, L.L.C.; dated December 22, 1999 and recorded December 27, 1999 in Deed Book 5664 page 852.

TOGETHER with and subject to Parking Agreement set forth in Deed Book 5892 page 921 as assigned and assumed as set forth in Deed Book 6073 page 770.

BEING in accordance with a Survey prepared by CONTROL POINT ASSOCIATES, INC., (GREGORY S. GALLAS, NJPLS), dated September 25, 2006 and revised September 29, 2006.

Property Address: 100 Mulberry Street, Newark, New Jersey 071002

EXHIBIT A