Vivian M. Arias
John M. Doherty
THOMPSON & KNIGHT LLP
*Attorneys for Plaintiff*
900 Third Avenue, 20th Floor
New York, New York 10022
(212) 751-3251

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12,<br><br>Plaintiff,<br><br>-against-<br><br>LICHTER GATEWAY IV LLC, CLAIRE LICHTER, individually and in her capacity as Executrix of the ESTATE OF ALFRED LICHTER, JOSEPH SCHWARTZ, SUZETTE SCHWARTZ, THE ALFRED LICHTER 2000 FAMILY TRUST,<br><br>Defendants. | Civil Action No. 2:17-cv-02036-KM-MAH |

**DECLARATION OF VIVIAN M. ARIAS IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

VIVIAN M. ARIAS, being duly sworn, deposes and says:

1. I am an attorney-at-law of the State of New Jersey and partner in the firm of Thompson & Knight LLP, attorneys for Plaintiff.[1] In this capacity, I am authorized to make the instant Declaration on behalf of Plaintiff.

[1] On June 14, 2018, the parties filed a Stipulation and Proposed Consent Order substituting Four Gateway Center Note Owner LLC ("Noteholder") into this action as the Plaintiff, in the place and stead of Wells Fargo Bank, N.A., as Trustee For Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2006-IQ12 ("Wells Fargo"), which is pending signature by the Court. For purposes of this Motion, Noteholder, Wells Fargo, and their predecessors-in-interest, as appropriate, are collectively referred to herein as "Plaintiff."

2. I respectfully submit this Declaration in support of the Plaintiff's motion for an order, pursuant to the Federal Rules of Civil Procedure, Rule 56.1, granting summary judgment in favor of Plaintiff against defendants Lichter Gateway IV LLC ("Lichter Gateway" or "Borrower"), Claire Lichter ("Claire"), individually and in her capacity as Executrix of the Estate of Alfred Lichter, Joseph Schwartz ("Joseph"), Suzette Schwartz ("Suzette"), The Alfred Lichter 2000 Family Trust ("The Family Trust", and together with Borrower, Claire, Joseph, and Suzette, the "Defendants"), dated June 15, 2018 (the "Motion").

3. Attached hereto as Exhibit "1" is a true and accurate copy of the Complaint, dated March 28, 2017, filed by Plaintiff in this action.

4. Attached hereto as Exhibit "2" is a true and correct copy of the Joint Discovery Plan, dated September 19, 2017 and filed with the Court on September 20, 2017 [Doc. No. 32].

5. Attached hereto as Exhibit "3" is a true and accurate copy of the Answer, dated December 15, 2017, filed by Defendants in this action.

6. Attached hereto as Exhibit "4" is a true and accurate copy of Defendants' Responses to Plaintiff's First Requests for Admissions, dated November 21, 2017.

7. Attached hereto as Exhibit "5" is a true and accurate copy of the Amended and Restated Grant and Agreement, by and among One Gateway Center Condominium Association, Inc., Third Newark Gateway Urban Renewal Association, Gateway Four Urban Renewal, L.P., Gateway South Urban Renewal Association, and The Prudential Insurance Company of America, dated as of December 21, 1999 and recorded with the Clerk's Office on December 27, 1999 at Deed Book 5664, Page 680 (as amended, modified, and assigned) (the "Concourse Agreement").

8. Attached hereto as Exhibit "6" is a true and accurate copy of the Declaration of Michael Nikula, dated May 2, 2017, submitted in Support to Plaintiff's Motion for Appointment of a Receiver (without exhibits) [Doc. No. 6(1)].

9. Attached hereto as Exhibit "7" is a true and accurate copy of the Declaration of Abraham Schwartz, dated June 19, 2017, submitted in opposition to Plaintiff's Motion for Appointment of a Receiver [Doc. No. 19(1)].

10. Attached hereto as Exhibit "8" is a true and accurate copy of the Declaration of Steven Greenberg, dated June 19, 2017, submitted in opposition to Plaintiff's Motion for the Appointment of a Receiver [Doc. No. 19(4)].

11. Attached hereto as Exhibit "9" is a true and accurate copy of correspondence contained in Defendants' Document Production ("Defendants' Correspondence") in this action, bearing bates numbers Lichter000028-Lichter000033.

12. Attached hereto as Exhibit "10" is a true and accurate copy of Defendants' Correspondence bearing bates number Lichter002333.

13. Attached hereto as Exhibit "11" are true and accurate copies of Defendants' Correspondence bearing bates numbers Lichter002584-Lichter002585.

14. Attached hereto as Exhibit "12" are true and accurate copies of Defendants' Correspondence bearing bates numbers Lichter003037-Lichter003042.

15. Attached hereto as Exhibit "13" are true and accurate copies of Defendants' Correspondence bearing bates numbers Lichter002345-Lichter002351.

16. Attached hereto as Exhibit "14" are true and accurate copies of Borrower's Income and Expense Statements for the periods of 2014 - 2016, bearing bates numbers PL0000438-PL0000440, PL0000542-PL0000543, and PL0000955.

17. By Stipulation and [Proposed] Consent Order Substituting Plaintiff and Amending Caption, dated and filed on June 14, 2018 [Doc. No. 71], Defendants consented to the substitution of Noteholder as Plaintiff in this action, in the place and stead of Wells Fargo, and amendment of the caption. Attached hereto as Exhibit "15" is a true and accurate copy of the Stipulation and Consent Order, which is pending signature by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 15, 2018

/s/ *Vivian M. Arias*
Vivian M. Arias