# EXHIBIT 3

**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: 973.597.2500

*Attorneys for Defendants Lichter Gateway IV LLC, Claire Lichter, Individually and In Her Capacity as Executrix of the Estate of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and The Alfred Lichter 2000 Family Trust*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12,<br><br>Plaintiff,<br><br>-against-<br><br>LICHTER GATEWAY IV LLC, CLAIRE LICHTER, individually and in her capacity as Executrix of the ESTATE OF ALFRED LICHTER, JOSEPH SCHWARTZ, SUZETTE SCHWARTZ, THE ALFRED LICHTER 2000 FAMILY TRUST, and GATEWAY CONCOURSE ASSOCIATION, INC.,<br><br>Defendants | Civil Action 2:17-cv-02036-KM-MAH<br><br>**LICHTER DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES** |

Defendants Lichter Gateway IV LLC ("Lichter Gateway"), Claire Lichter, individually and in her capacity as executrix of the estate of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and The Alfred Lichter 2000 Family Trust (collectively, "Lichter Defendants") submit the following Answer and Affirmative Defenses the Complaint Plaintiff Wells Fargo Bank,

N.A.'s, as Trustee for Morgan Stanley Capital, Inc., Commercial Mortgage Pass-Through Certificates, Series 2006-IQ12 ("Wells Fargo" or "Plaintiff") has filed. Lichter Defendants hereby answer the Complaint as follows and affirmatively allege:

1. Paragraph 1 states numerous conclusions of law – including statements regarding diversity jurisdiction and corporate citizenship – for which no response is required. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1 and therefore cannot admit or deny those allegations.

2. Lichter Defendants admit the allegations in Paragraph 2.

3. Lichter Defendants admit the allegations in Paragraph 3.

4. Lichter Defendants admit the allegations in Paragraph 4.

5. Lichter Defendants admit the allegations in Paragraph 5.

6. Lichter Defendants admit the allegations in Paragraph 6.

7. Lichter Defendants admit the allegations in Paragraph 7.

8. Paragraph 8 states conclusions of law in relation to diversity jurisdiction for which no response is required.

9. Paragraph 9 states conclusions of law in relation to venue for which no response is required.

10. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and therefore cannot admit or deny those allegations. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

11. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and therefore cannot admit or deny those allegations. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

12. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

13. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

14. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

15. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

16. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

17. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and therefore cannot admit or deny those allegations. Further, Paragraph 17 states conclusions of law in relation to whether the Mortgage is a purchase money mortgage for which no response is required. Further, Lichter Defendants state that to the extent this paragraph references document(s), they speak for themselves and deny any characterizations in consistent therewith.

18. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

19. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

20. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore cannot admit or deny those allegations.

21. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and therefore cannot admit or deny those allegations. Further, Paragraph 21 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

22. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, section a. to c., and therefore cannot admit or deny those allegations. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

23. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore cannot admit or deny those allegations. Further, Paragraph 23 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

24. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore cannot admit or deny those allegations. Further, Paragraph 24 states conclusions of law for which no response is required.

Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

25. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore cannot admit or deny those allegations. Further, Paragraph 25 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

26. Lichter Defendants admit that Lichter Gateway executed certain agreements in relation to the Property. However, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

27. Lichter Defendants admit that Lichter Gateway executed certain agreements in relation to the Property. However, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

28. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 to the extent that the term "Guarantor" appears to be undefined in the Complaint, and therefore Lichter Defendants cannot admit or deny those allegations. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

29. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

30. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 to the extent that the term "Guarantor"

appears to be undefined in the Complaint, and therefore Lichter Defendants cannot admit or deny those allegations. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

31. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and therefore cannot admit or deny those allegations. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

32. Paragraph 32 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

33. Paragraph 33 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

34. Paragraph 34 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

35. Lichter Defendants admit to have received a “Maturity of Default” letter; however, Paragraph 35 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

36. Paragraph 36 states conclusions of law for which no response is required.

37. Lichter Defendants admit the allegations in Paragraph 37. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

38. Paragraph 38 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

39. Lichter Defendants admit the allegations in Paragraph 39 to the extent that the referenced "attorney fees" under sub-section "iv" are identified as reasonable and with a reservation of rights to evaluate a further calculation of the amount of the "Indebtedness." Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

40. Paragraph 40 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

41. Paragraph 41 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

42. Paragraph 42 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

43. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

Case 2:17-cv-02086-KM-MAH Document 43 Filed 12/15/17 Page 8 of 16 PageID: 1064

44. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

45. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

46. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

47. Lichter Defendants admit that Lichter Gateway is a party to the Concourse Agreement. However, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

48. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

49. Defendants deny the allegations in Paragraph 49. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

50. Lichter Defendants deny the allegations in Paragraph 50. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

51. Lichter Defendants deny the allegations in Paragraph 51. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

52. Lichter Defendants admit only that the Concourse Association filed the liens listed in sub-parts a. to c. of Paragraph 52; however, with clarification that liens have since

been discharged by the Concourse Association and that Plaintiff's counsel was made aware of same.

53. Lichter Defendants admit as to the prior existence of the legal action referenced in Paragraph 53; however, with clarification that the referenced matter has been settled pursuant to the terms read into the record before the New Jersey Superior Court on October 25, 2017, and to a settlement agreement executed on November 1, 2017 (which has since been provided to Plaintiff's counsel).

54. Lichter Defendants can neither admit nor deny as to the strategy and motivations of the Concourse Association suggested in Paragraph 54; however, Lichter Defendants notes that the allegations and related issues discussed in Paragraph 54 are being addressed pursuant to the settlement agreement that was since entered with the Concourse Association.

55. Lichter Defendants deny the allegations in Paragraph 55, and further state that the repair issues discussed in Paragraph 55 are being addressed pursuant to the settlement agreement that was since entered with the Concourse Association.

56. Lichter Defendants admit only that a letter of default was previously issued by a tenant; however, with clarification that in light of the settlement referenced above, that certain tenant has withdrawn its notice of default.

57. Lichter Defendants deny the allegations in Paragraph 57 to the extent they are made against Lichter Gateway.

58. Lichter Defendants deny the allegations in Paragraph 58, including sub-sections "a." to "h."

59. Lichter Defendants deny the allegations in Paragraph 59.

60. Lichter Defendants deny the allegations in Paragraph 60, including sub-sections “a.” and “b.”

61. Lichter Defendants deny the allegations in Paragraph 61, including sub-sections “a.” and “b.”

62. Lichter Defendants deny the allegations in Paragraph 62.

63. Paragraph 63 states conclusions of law for which no response is required.

64. Paragraph 64 states conclusions of law for which no response is required.

65. Paragraph 65 states conclusions of law for which no response is required.

66. Paragraph 66 states conclusions of law for which no response is required.

67. Paragraph 67 states conclusions of law for which no response is required.

68. Paragraph 68 states conclusions of law for which no response is required.

69. No response is required to this paragraph.

70. Paragraph 70 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

71. Paragraph 71 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

72. No response is required to this paragraph.

Case 2:17-cv-02036-KM-MAH Document 43 Filed 12/15/17 Page 11 of 16 PageID: 1067

73. Paragraph 73 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

74. Lichter Defendants deny the allegations in Paragraph 74. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

75. No response is required to this paragraph.

76. Paragraph 76 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

77. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and therefore cannot admit or deny those allegations. Further, Paragraph 77 states conclusions of law for which no response is required. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

78. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 and therefore cannot admit or deny those allegations. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

79. Lichter Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and therefore cannot admit or deny those allegations. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

80. Lichter Defendants deny the allegations in Paragraph 80. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

81. No response is required to this paragraph.

82. Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

83. Lichter Defendants deny the allegations in Paragraph 83. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

84. Lichter Defendants deny the allegations in Paragraph 84. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

85. No response is required to this paragraph.

86. Lichter Defendants deny the allegations in Paragraph 86. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

87. No response is required to this paragraph.

88. Lichter Defendants deny the allegations in Paragraph 88. Further, Lichter Defendants state that the document(s) referenced in this paragraph speak for themselves and deny any characterizations in consistent therewith.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's claims are barred, in whole or part, by the doctrine of unclean hands.

2. Plaintiff's claims are barred because, at all times relevant herein, Lichter Defendants conducted themselves in a commercially reasonable manner in compliance with all applicable laws.

3. Plaintiff's claims are barred by estoppel, waiver, and laches.

4. Plaintiff has failed to state a claim upon which relief may be granted.

5. Plaintiff's claims are barred on the ground that no duty existed on the part of the Lichter Defendants or, in the alternative, that Lichter Defendants did not breach that duty.

6. Plaintiff's complaint is barred for lack of privity.

7. Plaintiff's claims are barred by the parol evidence rule and the doctrine of integration.

8. Plaintiff's claims are barred by the applicable statute of limitations.

9. Plaintiff suffered no damages.

10. While denying that Plaintiff suffered any damages, to the extent Plaintiff suffered any alleged damages, those damages were not proximately caused by the acts or omissions of Lichter Defendants.

11. Plaintiff's claims are frivolous.

12. Plaintiff's claims are moot.

13. Plaintiff's actions constituted a full release by Plaintiff of any and all claims which he may have had against Lichter Defendants.

14. Plaintiff failed and neglected to mitigate any damages so as to reduce and/or diminish its claim.

15. Plaintiff did not reasonably rely upon any alleged misrepresentations or nondisclosures of material facts made by Lichter Defendants; therefore, Plaintiff is barred from seeking any affirmative relief against Lichter Defendants.

16. Lichter Defendants have incurred damages by reason of Plaintiff's conduct and that they have the right of offset of any amount of monies owed to Plaintiff by way of damages.

17. Lichter Defendants reserve the right to assert additional affirmative defenses not specifically pleaded herein.

**WHEREFORE,** Lichter Defendants respectfully requests that the Court:

(1) Dismiss Plaintiff’s Complaint in its entirety with prejudice,

(2) Deny Plaintiff’s demands for relief, and

(3) Enter judgment in favor of Lichter Defendants and award Lichter Defendants their costs of suit, including reasonable attorneys’ fees, and such other relief as the Court deems just and proper.

Case 2:17-cv-02036-KM-MAH Document 43 Filed 12/15/17 Page 15 of 16 PageID: 1071

Date: December 15, 2017

/s/ Michael T.G. Long
Michael T.G. Long
**LOWENSTEIN SANDLER LLP**
Attorneys At Law
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597.2400

*Attorneys for Defendants Lichter Gateway IV LLC, Claire Lichter, Individually and In Her Capacity as Executrix of The Estate Of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and The Alfred Lichter 2000 Family Trust.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Lichter Defendants' Answer to Plaintiff's Complaint was filed electronically on December 15, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: December 15, 2017

/s/ Michael T.G. Long
Michael T.G. Long
**LOWENSTEIN SANDLER LLP**
Attorneys At Law
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597.2400

*Attorneys for Defendants Lichter Gateway IV LLC, Claire Lichter, Individually and In Her Capacity as Executrix of The Estate Of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and The Alfred Lichter 2000 Family Trust.*