# EXHIBIT 7

Case 2:17-cv-02036-KM-MAH Document 19-1 Filed 06/19/17 Page 1 of 7 PageID: 765

**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973.597.2500

*Attorneys for Defendants Lichter Gateway IV LLC, Claire Lichter, Individually and In Her Capacity as Executrix of the Estate of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and The Alfred Lichter 2000 Family Trust*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12,<br><br>Plaintiff,<br><br>-against-<br><br>LICHTER GATEWAY IV LLC, CLAIRE LICHTER, individually and in her capacity as Executrix of the ESTATE OF ALFRED LICHTER, JOSEPH SCHWARTZ, SUZETTE SCHWARTZ, THE ALFRED LICHTER 2000 FAMILY TRUST, and GATEWAY CONCOURSE ASSOCIATION, INC.,<br><br>Defendants | : | Document Filed Electronically<br><br>Civil Action No. 2:17-cv-02036-KM-MAH<br><br>DECLARATION OF ABRAHAM SCHWARTZ |

I, ABRAHAM SCHWARTZ, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am a manager at Lichter & Lichter, L.P. All of the facts and circumstances set forth herein are based on my personal knowledge. I submit this declaration in support of Defendants Lichter Gateway IV LLC ("Lichter

Gateway"), Claire Lichter, individually and in her capacity as executrix of the estate of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and the Alfred Lichter 2000 Family Trust's (collectively, the "Lichter Defendants") Opposition to Plaintiff Wells Fargo Bank, N.A.,'s Motion for Appointment of a Receiver.

**Lichter Gateway and Gateway IV**

2. For decades, the Lichter-Schwartz family has committed to providing premier commercial real estate space in emerging communities throughout New Jersey and the region. The cornerstone of the family's business mission is not to simply invest in buildings, but in the communities and the people who live and work in them. In 2011, the family became a part of a re-development renaissance in Newark, New Jersey's commercial downtown district. It was during that time that Lichter Gateway was formed under Lichter & Lichter, L.P., and acquired one of the Newark skyline's most recognized buildings, Gateway IV.

3. Gateway IV is a fifteen-story commercial office tower situated at the intersection of Newark's highly-trafficked Market and Mulberry streets. It offers tenants easy access to public transit, dining and shopping, with panoramic views of Newark and Manhattan. Built as part of a large-scale renewal project in Newark, Gateway IV is a commercial anchor for the city. It is at the epicenter of a thriving business district whose neighbors include Seton Hall University School of Law, the Prudential Center, the New Jersey Performing Arts Center, and the Martin Luther King, Jr., Federal Courthouse.

4. Along with Gateway I, Gateway II, and Gateway III, Gateway IV is part of a complex of buildings known as the Gateway Center. There are

common areas that connect the buildings for the benefit of the thousands of pedestrian shoppers and professionals who walk through them each day. Gateway III and Gateway IV are situated adjacently on Mulberry Street, and share a common entrance and concourse that includes exterior swinging and revolving doors into the building, a set of escalators to and from the first floor, walkways between the two buildings, and an expansive glass-enclosed atrium and ceiling. The inter-building walkway between Gateway III and Gateway IV proceeds into the walkway of Gateway II, which continues into a pedestrian skyway from Gateway II to Gateway I.

**Heritage as Property Manager of Gateway IV**

5. Upon acquiring Gateway IV in 2011, Lichter Gateway assumed a $61,000,000 mortgage held in trust by Wells Fargo. Lichter Gateway also took over management and maintenance responsibilities of the office building and ground floor café. Heritage Newark Management Company, LLC ("Heritage") was engaged as property manager for Gateway IV.

6. While Heritage maintains Gateway IV on behalf of Lichter Gateway, the Gateway Concourse Association, Inc. (the "Concourse Association") is and has had sole responsibility for maintaining and repairing all the adjoining areas among the Gateway Center, which include the common entrance and concourse areas of Gateway III and Gateway IV. The Concourse Association is managed by Advance Realty Management, Inc. ("Advance") and by the owners of Gateway I.

**Deficiencies and Disrepair by the Concourse Association**

7. With its acquisition of Gateway IV, Lichter Gateway inherited issues with common areas adjacent to the building that had been allowed to fall into disrepair by the Concourse Association. For at least four years, Wells Fargo's master servicer, Berkadia, has been aware of these issues and of a resulting dispute between Lichter Gateway and the Concourse Association over association dues. To my knowledge, during that time, neither Wells Fargo nor Berkadia has taken any action, or even reserved rights, prior to Wells Fargo's filing of this legal action.

8. Berkadia has been aware of the problems Lichter Gateway has encountered with the Concourse Association's failure to maintain the common areas that adjoin Gateway IV. Those problems include: frequently inoperable escalators leading to Gateway IV; disrepair to walls and base trims, along with dirt, dust and old paint; disrepair to entrance doors; disrepair to canopy glass and non-matching glass panels; failure to purse insurance claims following damage by Hurricane Sandy; disrepair to columns, garage exits and an HVAC; lighting problems; and contrasts between the Concourse Association's maintenance to Gateway IV versus Gateway I.

9. In light of these unresolved issues by the Concourse Association, Lichter Gateway made the necessary business decision in 2012 to withhold payment of some of the Concourse Association dues until the Concourse Association performed the necessary repairs. On behalf of Lichter Gateway, Heritage has maintained and accrued funds in a management account that are

available to pay the Concourse Association if and when it resolves the necessary repairs.

10. On February 27, 2017, Gateway IV tenant McCarter & English, LLP, submitted a notice of default letter due to the Concourse Association's failure to repair items such as the escalators and entrance doors. Lichter Gateway's counsel responded shortly thereafter assuring the tenant that we share its frustration, and that despite repeated complaints and pleas, the Concourse Association has not addressed these issues—which are currently the subject of pending litigation. To my knowledge, this is the first and only time that a Gateway IV tenant has issued a default letter. Moreover, since McCarter & English's letter was received, the escalators are now operable.

**Wells Fargo and Berkadia's Awareness of Lichter Gateway's Troubles with the Concourse Association**

11. For at least four years, Wells Fargo's servicer Berkadia has been specifically informed about the disrepair and problems that Lichter Gateway faced with respect to the Concourse Association. Wells Fargo had not taken any action against Lichter Gateway and barely expressed any concern until it recently filed this legal case.

12. At the end of 2013, I engaged in a series of email exchanges with Berkadia. On November 13, 2013, a Berkadia representative, Ruth Rosenbaum, emailed me to inquire about a lien that was recently filed on Gateway IV by the Concourse Association. I responded promptly, informing Berkadia that the lien stemmed from a "dispute" between Lichter Gateway and the Concourse

Association. I explained that "[t]he Association has been failing to properly maintain the portion of the concourse which is adjacent to (and actually serves as the front door of) Gateway IV." I added that the "entrance atrium suffered substantial damage in Hurricane Sandy, which has yet to be properly repaired. We are attempting to arrange a meeting with the appropriate person at the Association to ensure that their mutual concerns are heard." (True and correct copies of email exchanges between myself and Berkadia are attached as Exhibit 1.)

13. Over a subsequent series of e-mails, I communicated with the Wells Fargo servicer about the status of dealings with the Concourse Association. In a December 9, 2013 email, I set forth Lichter Gateway's strategy for using non-payment to compel the Concourse Association to remedy deficiencies:

> There is no problem from a cash flow perspective in discharging this lien and meeting monthly obligations. The problem is more strategic, that the Association's failure to carry out the maintenance that it is obligated to do is denigrating our building, particularly now as we need to fight to retain existing tenants and attract new ones.

(*See id.*)

14. On December 19, 2013, I emailed the Wells Fargo servicer a summary of a meeting with the Concourse Association's representatives that followed an onsite walkthrough, noting among other items, that the Concourse Association's representatives seemed to validate Lichter Gateway's criticisms regarding problems with the Concourse Association's lack of maintenance. I also explained to Wells Fargo's servicer that as a "show of goodwill," Lichter Gateway

had paid the Concourse Association 50% of the money it was in good faith withholding. (*See id.*) To that end, on December 6, 2013, Lichter Gateway issued a check for $69,400 to the Concourse Association. (A true and correct copy of the check is attached as Exhibit 2.)

15. In a December 9, 2013 email, the Wells Fargo servicer indicated that it was considering issuing a reservation of rights letter to Lichter Gateway following the Concourse Association lien, but decided not to. Neither Wells Fargo nor its servicer has taken any action regarding the lien or the dispute with the Concourse Association at any time over the course of the last four years prior to filing this litigation. (Exhibit 1.)

**<u>Lichter Gateway and Heritage's Continued Management of Gateway IV</u>**

16. Even following the loan's maturity, Lichter Gateway through Heritage continues to manage Gateway IV. Earlier this year, we repaired a cooling tower and water pump in Gateway IV. As part of this project, Heritage coordinated with Wells Fargo's special servicer, C-III. We look forward to continuing to work with Wells Fargo's servicers in continuing to serve Gateway IV's tenants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on: June 19, 2017.

By: ______________________________

Abraham B. Schwartz

# EXHIBIT 1

# TO

# DECLARATION OF

# ABRAHAM SCHWARTZ

# RE: GATEWAY IV 991078256

Abraham B. Schwartz

Wed 11/13/2013 12:10 PM

To:'Ruth Rosenbaum - PA' <Ruth.Rosenbaum@berkadia.com>;

Ruth -

Thank you for calling this matter to my attention. As discussed, we became aware of this lien late yesterday, when we received the same documents you did. As we talked about, this matter stems from a dispute we are having with the Gateway Concourse Association, which is controlled by the ownership of Gateway I. The Association has been failing to properly maintain the portion of the concourse which is adjacent to (and actually serves as the front door of) Gateway IV. The entrance atrium suffered substantial damage in Hurricane Sandy, which has yet to be properly repaired.

We are attempting to arrange a meeting with the appropriate person at the Association to ensure that both our concerns and those of the Association are promptly addressed.

I will update you on progress. Thank you for bearing with us.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Wednesday, November 13, 2013 9:01 AM
**To:** Abraham B. Schwartz
**Subject:** GATEWAY IV 991078256

Good morning Mr. Schwartz,

Attached please find a lien filed against Gateway IV.

Please advise when will the lien be paid and provide proof of payment.

Also, please provide me with your full contact information at your convenience.

Thank you,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services
Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

Case 2:17-cv-02036-KM-MAH Document 13-2 Filed 06/19/17 Page 3 of 18 PageID: 976



# RE: GATEWAY IV 991078256

Abraham B. Schwartz

Mon 12/9/2013 3:04 PM

To:'Ruth Rosenbaum - PA' <Ruth.Rosenbaum@berkadia.com>;

Before the meeting it is unlikely, the Concourse Association would likely only agree to do so if we paid them in full, and then we would be left with all the maintenance shortfalls without any leverage to compel the Association to meet their maintenance obligations. I am hopeful that the meeting will result in a comprehensive deal wherein we pay (perhaps pay into escrow), the lien is removed, and the Association agrees to undertake all the maintenance that is necessary to put the Concourse back into good shape.

Are you able to defer action until after this meeting, or will the existence of the lien pose a problem for you before then? To be clear, the lien amount and the level of monthly concourse obligations is very small in comparison to the property rent roll. There is no problem from a cash flow perspective in discharging this lien and meeting the monthly obligations. The problem is more strategic, that the Association's failure to carry out the maintenance that it is obligated to do is denigrating our building, particularly now as we need to fight to retain existing tenants and attract new ones.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Monday, December 09, 2013 2:56 PM
**To:** Abraham B. Schwartz
**Subject:** RE: GATEWAY IV 991078256

Hi Abraham,

Thank you for getting back to me.

Any indication the lien will be removed?

Thanks

Ruth

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Monday, December 09, 2013 2:45 PM
**To:** Ruth Rosenbaum - PA
**Subject:** RE: GATEWAY IV 991078256

Hello, thanks and I hope your Thanksgiving was nice as well.

There is now a meeting scheduled for Dec. 19 between us and Advance Realty (who manage both Gateway I and the Concourse) to address the maintenance issues and hopefully work out mutually acceptable payments and maintenance benchmarks. Advance made obtaining this meeting very difficult but it is now scheduled.

Best,

Abraham B. Schwartz

Lichter
& Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Wednesday, December 04, 2013 11:24 AM
**To:** Abraham B. Schwartz
**Subject:** FW: GATEWAY IV 991078256

Hi Abraham,

Hope you had a nice Holiday.

Are there any updates regarding the attached lien which we discussed two weeks ago?

Thanks,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services
Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

---

**From:** Ruth Rosenbaum - PA
**Sent:** Wednesday, November 13, 2013 8:54 AM
**To:** 'abraham.schwartz@alichter.com'
**Subject:** GATEWAY IV 991078256

Good morning Mr. Schwartz,

Attached please find a lien filed against Gateway IV.

Please advise when will the lien be paid and provide proof of payment.

Also, please provide me with your full contact information at your convenience.

Thank you,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services
Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

# RE: GATEWAY IV 991078256

Abraham B. Schwartz

Thu 12/19/2013 5:32 PM

To:'Ruth Rosenbaum - PA' <Ruth.Rosenbaum@berkadia.com>;

Ruth -

The property manager, an operating engineer and I have now attended a meeting with representatives of Advance Realty, which manages both Gateway I and the Concourse.

The meeting went well. We made clear the many service deficiencies where we felt the Concourse Association was not maintaining the Concourse to proper standards (particularly the rear portion of the Concourse, which is most distant from Gateway I and serves mainly Gateway III and IV). We had walked the Concourse immediately prior to the meeting, and the difference in cleanliness and general maintenance from one end to the other was remarkable. We also noted specifically the street doors and escalators at our end, which are at end of life and some of which are now permanently out of service, and the glass canopy damaged in Hurricane Sandy, which was improperly repaired and is an eyesore.

The representatives of Advance seemed to accept our criticisms as valid, although they claimed that our financial support of the Association was necessary for such repairs and improvements to be carried out. Our response was that we (and our predecessors) had paid into the Association for years, but the money always seemed to be spent on the other end of the Concourse, close to Gateway I.

We agreed that our engineers will work with Advance personnel to prepare a list of work items that must be addressed, and a recurring maintenance schedule that must be adhered to. I made clear to Advance that I would require some kind of oversight or veto role, at least with respect to the portion of the Concourse adjacent to Gateway IV, to prevent standards from slipping again in the future.

The expectation is that the documents will be prepared over January and February, and hopefully by the end of February we will have an agreed maintenance plan and a mechanism for ensuring that the work is actually done. At that point we would be OK with paying off all arrears.

As an interim step and show of goodwill, we paid off 50% of our arrears. We requested that Advance now release the Association's lien. We suggested that the parties execute a standstill agreement, whereby they release their lien but not in a way which would prevent them from re-attaching it later if talks broke down and our dispute was not resolved. We also pointed out that the lien was not properly placed, i.e. the procedures called for in the Concourse Association agreement for liening a member had not been followed. Advance seemed to accept the idea of a lien release and standstill, but advised us that they would have to check with their counsel and get back to us.

I am hopeful that we are now well on the way towards resolving this dispute.

Please let me know if you have any questions about the above.

Best regards,

## Abraham B. Schwartz

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

---

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Wednesday, December 18, 2013 11:56 AM
**To:** Abraham B. Schwartz
**Subject:** RE: GATEWAY IV 991078256

Hi Abraham,

Any update on this subject?

Thanks,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services
Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

---

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Monday, December 09, 2013 4:50 PM
**To:** Ruth Rosenbaum - PA
**Subject:** RE: GATEWAY IV 991078256

Sure, and thank you.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Monday, December 09, 2013 3:18 PM
**To:** Abraham B. Schwartz
**Subject:** RE: GATEWAY IV 991078256

The only issue is that I was asked to send you a Lender's reservation of right letter but was holding off to see if the issue resolve itself.

I can probably wait to the 19th and after getting some feedback from you decide whether or not to send the letter yet.

So if you can update me on the 19th I would appreciate it.

Ruth

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Monday, December 09, 2013 3:06 PM
**To:** Ruth Rosenbaum - PA
**Subject:** RE: GATEWAY IV 991078256

Before the meeting it is unlikely, the Concourse Association would likely only agree to do so if we paid them in full, and then we would be left with all the maintenance shortfalls without any leverage to compel the Association to meet their maintenance obligations. I am hopeful that the meeting will result in a comprehensive deal wherein we pay (perhaps pay into escrow), the lien is removed, and the Association agrees to undertake all the maintenance that is necessary to put the Concourse back into good shape.

Are you able to defer action until after this meeting, or will the existence of the lien pose a problem for you before then? To be clear, the lien amount and the level of monthly concourse obligations is very small in comparison to the property rent roll. There is no problem from a cash flow perspective in discharging this lien and meeting the monthly obligations. The problem is more strategic, that the Association's failure to carry out the maintenance that it is obligated to do is denigrating our building, particularly now as we need to fight to retain existing tenants and attract new ones.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

---

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Monday, December 09, 2013 2:56 PM
**To:** Abraham B. Schwartz
**Subject:** RE: GATEWAY IV 991078256

Hi Abraham,

Thank you for getting back to me.

Any indication the lien will be removed?

Thanks

Ruth

---

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Monday, December 09, 2013 2:45 PM
**To:** Ruth Rosenbaum - PA
**Subject:** RE: GATEWAY IV 991078256

Hello, thanks and I hope your Thanksgiving was nice as well.

There is now a meeting scheduled for Dec. 19 between us and Advance Realty (who manage both Gateway I and the Concourse) to address the maintenance issues and hopefully work out mutually acceptable payments and maintenance benchmarks. Advance made obtaining this meeting very difficult but it is now scheduled.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**

35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Wednesday, December 04, 2013 11:24 AM
**To:** Abraham B. Schwartz
**Subject:** FW: GATEWAY IV 991078256

Hi Abraham,

Hope you had a nice Holiday.

Are there any updates regarding the attached lien which we discussed two weeks ago?

Thanks,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services
Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

**From:** Ruth Rosenbaum - PA
**Sent:** Wednesday, November 13, 2013 8:54 AM
**To:** 'abraham.schwartz@alichter.com'
**Subject:** GATEWAY IV 991078256

Good morning Mr. Schwartz,

Attached please find a lien filed against Gateway IV.

Please advise when will the lien be paid and provide proof of payment.

Also, please provide me with your full contact information at your convenience.

Thank you,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services

Case 2:17-cv-02036-KM-MAH Document 19-2 Filed 06/19/17 Page 14 of 18 PageID: 785


Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

# RE: GATEWAY IV 991078256

Ruth Rosenbaum - PA <Ruth.Rosenbaum@berkadia.com>

Mon 12/9/2013 3:18 PM

To: Abraham B. Schwartz <aschwartz@lichtergroup.com>;

The only issue is that I was asked to send you a Lender's reservation of right letter but was holding off to see if the issue resolve itself.

I can probably wait to the 19th and after getting some feedback from you decide whether or not to send the letter yet.

So if you can update me on the 19th I would appreciate it.

Ruth

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Monday, December 09, 2013 3:06 PM
**To:** Ruth Rosenbaum - PA
**Subject:** RE: GATEWAY IV 991078256

Before the meeting it is unlikely, the Concourse Association would likely only agree to do so if we paid them in full, and then we would be left with all the maintenance shortfalls without any leverage to compel the Association to meet their maintenance obligations. I am hopeful that the meeting will result in a comprehensive deal wherein we pay (perhaps pay into escrow), the lien is removed, and the Association agrees to undertake all the maintenance that is necessary to put the Concourse back into good shape.

Are you able to defer action until after this meeting, or will the existence of the lien pose a problem for you before then? To be clear, the lien amount and the level of monthly concourse obligations is very small in comparison to the property rent roll. There is no problem from a cash flow perspective in discharging this lien and meeting the monthly obligations. The problem is more strategic, that the Association's failure to carry out the maintenance that it is obligated to do is denigrating our building, particularly now as we need to fight to retain existing tenants and attract new ones.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227

Case 2:17-cv-02036-KM-MAH Document 19-2 Filed 06/19/17 Page 19 of 18 PageID: 788


**Email:** aschwartz@lichtergroup.com

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Monday, December 09, 2013 2:56 PM
**To:** Abraham B. Schwartz
**Subject:** RE: GATEWAY IV 991078256

Hi Abraham,

Thank you for getting back to me.

Any indication the lien will be removed?

Thanks

Ruth

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Monday, December 09, 2013 2:45 PM
**To:** Ruth Rosenbaum - PA
**Subject:** RE: GATEWAY IV 991078256

Hello, thanks and I hope your Thanksgiving was nice as well.

There is now a meeting scheduled for Dec. 19 between us and Advance Realty (who manage both Gateway I and the Concourse) to address the maintenance issues and hopefully work out mutually acceptable payments and maintenance benchmarks. Advance made obtaining this meeting very difficult but it is now scheduled.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Wednesday, December 04, 2013 11:24 AM
**To:** Abraham B. Schwartz
**Subject:** FW: GATEWAY IV 991078256

Hi Abraham,

Hope you had a nice Holiday.

Are there any updates regarding the attached lien which we discussed two weeks ago?

Thanks,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services
Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

**From:** Ruth Rosenbaum - PA
**Sent:** Wednesday, November 13, 2013 8:54 AM
**To:** 'abraham.schwartz@alichter.com'
**Subject:** GATEWAY IV 991078256

Good morning Mr. Schwartz,

Attached please find a lien filed against Gateway IV.

Please advise when will the lien be paid and provide proof of payment.

Also, please provide me with your full contact information at your convenience.

Thank you,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services
Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

Case 2:17-cv-02036-KM-MAH Document 19-3 Filed 06/19/17 Page 1 of 2 PageID: 390

# EXHIBIT 2

# TO

# DECLARATION OF

# ABRAHAM SCHWARTZ

Case 2:17-cv-02036-KM-MAH Document 19-3 Filed 06/19/17 Page 2 of 2 PageID: 391



1033

**LICHTER GATEWAY IV, LLC**

55-138/212

DATE 12/6/13

PAY TO THE ORDER OF Gateway Concourse Assoc $ 69,400.00/xx

$69,400.00¢ DOLLARS

Valley National Bank
FAIR LAWN OFFICE
30-34 FAIR LAWN AVENUE
FAIR LAWN, NEW JERSEY 07410

FOR 525-1

⑈001033⑈ ⑆021201383⑆ ⑈0000414447948⑈

CLEARED 12/20/13