# EXHIBIT 9

# RE: GATEWAY IV 991078256

Abraham B. Schwartz

Thu 12/19/2013 5:32 PM

To:'Ruth Rosenbaum - PA' <Ruth.Rosenbaum@berkadia.com>;

Ruth -

The property manager, an operating engineer and I have now attended a meeting with representatives of Advance Realty, which manages both Gateway I and the Concourse.

The meeting went well. We made clear the many service deficiencies where we felt the Concourse Association was not maintaining the Concourse to proper standards (particularly the rear portion of the Concourse, which is most distant from Gateway I and serves mainly Gateway III and IV). We had walked the Concourse immediately prior to the meeting, and the difference in cleanliness and general maintenance from one end to the other was remarkable. We also noted specifically the street doors and escalators at our end, which are at end of life and some of which are now permanently out of service, and the glass canopy damaged in Hurricane Sandy, which was improperly repaired and is an eyesore.

The representatives of Advance seemed to accept our criticisms as valid, although they claimed that our financial support of the Association was necessary for such repairs and improvements to be carried out. Our response was that we (and our predecessors) had paid into the Association for years, but the money always seemed to be spent on the other end of the Concourse, close to Gateway I.

We agreed that our engineers will work with Advance personnel to prepare a list of work items that must be addressed, and a recurring maintenance schedule that must be adhered to. I made clear to Advance that I would require some kind of oversight or veto role, at least with respect to the portion of the Concourse adjacent to Gateway IV, to prevent standards from slipping again in the future.

The expectation is that the documents will be prepared over January and February, and hopefully by the end of February we will have an agreed maintenance plan and a mechanism for ensuring that the work is actually done. At that point we would be OK with paying off all arrears.

As an interim step and show of goodwill, we paid off 50% of our arrears. We requested that Advance now release the Association's lien. We suggested that the parties execute a standstill agreement, whereby they release their lien but not in a way which would prevent them from re-attaching it later if talks broke down and our dispute was not resolved. We also pointed out that the lien was not properly placed, i.e. the procedures called for in the Concourse Association agreement for liening a member had not been followed. Advance seemed to accept the idea of a lien release and standstill, but advised us that they would have to check with their counsel and get back to us.

I am hopeful that we are now well on the way towards resolving this dispute.

Please let me know if you have any questions about the above.

Best regards,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

---

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Wednesday, December 18, 2013 11:56 AM
**To:** Abraham B. Schwartz
**Subject:** RE: GATEWAY IV 991078256

Hi Abraham,

Any update on this subject?

Thanks,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services
Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

---

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Monday, December 09, 2013 4:50 PM
**To:** Ruth Rosenbaum - PA
**Subject:** RE: GATEWAY IV 991078256

Sure, and thank you.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

---

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Monday, December 09, 2013 3:18 PM
**To:** Abraham B. Schwartz
**Subject:** RE: GATEWAY IV 991078256

The only issue is that I was asked to send you a Lender's reservation of right letter but was holding off to see if the issue resolve itself.

I can probably wait to the 19th and after getting some feedback from you decide whether or not to send the letter yet.

So if you can update me on the 19th I would appreciate it.

Ruth

---

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Monday, December 09, 2013 3:06 PM
**To:** Ruth Rosenbaum - PA
**Subject:** RE: GATEWAY IV 991078256

Before the meeting it is unlikely, the Concourse Association would likely only agree to do so if we paid them in full, and then we would be left with all the maintenance shortfalls without any leverage to compel the Association to meet their maintenance obligations. I am hopeful that the meeting will result in a comprehensive deal wherein we pay (perhaps pay into escrow), the lien is removed, and the Association agrees to undertake all the maintenance that is necessary to put the Concourse back into good shape.

Are you able to defer action until after this meeting, or will the existence of the lien pose a problem for you before then? To be clear, the lien amount and the level of monthly concourse obligations is very small in comparison to the property rent roll. There is no problem from a cash flow perspective in discharging this lien and meeting the monthly obligations. The problem is more strategic, that the Association's failure to carry out the maintenance that it is obligated to do is denigrating our building, particularly now as we need to fight to retain existing tenants and attract new ones.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

---

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Monday, December 09, 2013 2:56 PM
**To:** Abraham B. Schwartz
**Subject:** RE: GATEWAY IV 991078256

Hi Abraham,

Thank you for getting back to me.

Any indication the lien will be removed?

Thanks

Ruth

---

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Monday, December 09, 2013 2:45 PM
**To:** Ruth Rosenbaum - PA
**Subject:** RE: GATEWAY IV 991078256

Hello, thanks and I hope your Thanksgiving was nice as well.

There is now a meeting scheduled for Dec. 19 between us and Advance Realty (who manage both Gateway I and the Concourse) to address the maintenance issues and hopefully work out mutually acceptable payments and maintenance benchmarks. Advance made obtaining this meeting very difficult but it is now scheduled.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**

35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

---

**From:** Ruth Rosenbaum - PA [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Wednesday, December 04, 2013 11:24 AM
**To:** Abraham B. Schwartz
**Subject:** FW: GATEWAY IV 991078256

Hi Abraham,

Hope you had a nice Holiday.

Are there any updates regarding the attached lien which we discussed two weeks ago?

Thanks,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services
Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)

---

**From:** Ruth Rosenbaum - PA
**Sent:** Wednesday, November 13, 2013 8:54 AM
**To:** 'abraham.schwartz@alichter.com'
**Subject:** GATEWAY IV 991078256

Good morning Mr. Schwartz,

Attached please find a lien filed against Gateway IV.

Please advise when will the lien be paid and provide proof of payment.

Also, please provide me with your full contact information at your convenience.

Thank you,

Ruth Koton Rosenbaum
AVP Portfolio Analyst - Client Services

Berkadia Commercial Mortgage, LLC
The Industry of One™

118 Welsh Road
Horsham, PA 19044
215-328-1905 (office)
215-441-7605 (Fax)