# EXHIBIT 10

**From:** Ruth Rosenbaum
**To:** Abraham B. Schwartz
**CC:** nannette; Ruth Rosenbaum
**Sent:** 7/13/2015 4:42:45 PM
**Subject:** Re: Gateway IV 991078256 loan 991065849 LIENS
**Attachments:** Notice of Lien Nov 7 2013 .pdf; Notice of Lien June 2015 .pdf

Mr. Schwartz,
Kindly advise at your earliest convenience the status of the liens.
Pursuant to the Loan Agreement Section 4.2.2 Borrower Negative Covenants. Borrower covenants and agrees with Lender that....Borrower shall not create, incur, assume or suffer to exist any Lien on any portion of the Property except for Permitted Encumbrances.
"Lien" shall mean any mortgage, deed of trust, **lien**, pledge, hypothecation, assignment, security interest, or any other encumbrance, charge or transfer of, on or affecting the Property or any portion thereof or Borrower, or any interest therein, including, without limitation, any conditional sale or other title retention agreement, any financing lease having substantially the same economic effect as any of the foregoing, the filing of any financing statement, and mechanic's, materialmen's and other similar liens and encumbrances.
Thank you,
Ruth

BERKADIA

**Ruth Rosenbaum**
**Assistant Vice President - Portfolio Analyst**

323 Norristown Road, Suite 300 | Ambler PA 19002
T: +1 (215) 328-1905 | F: +1 (215) 441-7605
ruth.rosenbaum@berkadia.com | www.berkadia.com
Berkadia Commercial Mortgage LLC

**a Berkshire Hathaway and Leucadia National company**

This message is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.