# EXHIBIT 11

**From:** Abraham B. Schwartz
**To:** Steven Adler
**CC:** Reuven Hellman
**Sent:** 2/12/2014 10:02:19 PM
**Subject:** Gateway IV - Shortfall calculations

Please give me a call when you'd like to discuss:

In calendar year 2013 the differential between the amount that was swept to us from the lockbox and the amount that we sent to the property manager to cover operating expenses was **$1,080,571.**

United Healthcare will vacate their 22,575 rsf floor on 3/31/14. They have been paying $59,467/month plus about $3,500/month overtime and other tenant charges, which equals $755,604/annum. This means that there will be a cashflow decrease of $566,703 for the 9 months of 2014 that United is not in occupancy.

Assuming that all other income and expenses remain similar to 2013, we would expect to see net cashflow in 2014 of only **$513,868.**

In addition, we incurred a $400,000 obligation for brokerage commission in connection with the Prudential lease renewal. $100,000 has been paid in January, and $300,000 remains outstanding, but none of this would have been reflected in the 2013 figures (the only leasing done in 2013 was a short term lease for 2,550 rsf). Once the commission is paid, cash flow will be **$113,868.**

There remains an outstanding balance to the Concourse Association of $69,534 (after we paid 50% of arrears in December 2013 as a show of good faith). Unfortunately, the Association has not negotiated with us in good faith and has been unwilling to anything substantive to address our concerns regarding the maintenance of the Concourse. It seems likely that we will be forced to commence litigation, which our attorneys estimate will cost $35,000 (for early stages). Ultimately, we will be required to pay the arrears as well, but hopefully within the context of a revised concourse agreement that gives Gateway IV greater control and authority over expenditures so as to ensure that the portion of the Concourse adjacent to Gateway IV is properly maintained. After expenditure over 2014 of the Concourse Association arrears and legal fees, our free cashflow will be **$9,334**.

If the $2,100,000 Prudential rollover reserve is to be funded during 2014, there will be a cash shortfall of **($2,090,666)**.

In addition, even with the essentially short term Prudential lease renewal, there remains 69,602 rsf of Prudential space presently subleased to others that is not covered by the lease amendment and will expire at the end of 2014. This poses two problems:

a) This additional Prudential space represents annual base rent revenue of **$1,750,695**, and I believe total revenue closer to **$2,100,000** once CAM and RE Tax increases are factored in (I need to check this last figure). This comes on top of the $755,604/annum loss of United Healthcare revenue described above. This means that after the 2014 cash shortfall of **($2,090,666)** described above, in 2015 and 2016 we can expect a cashflow shortfall of **($1,775,033)**. Simply put, the family is not in a position to fund this sort of cash shortfall for multiple years, particularly for a building where rental prospects are weak.

b) To lease a foot of space will require TI of ~$40/rsf, and the payment of brokerage commissions of ~$15-20/rsf. This means that to fully lease the 92,177 rsf of space which Prudential and United are relinquishing, over **$5,500,000** will need to be invested in the property. As the current loan does not include a substantial earn out facility, Ownership would need to invest these funds. While the investment might be a sensible one if a tenant to absorb all of Prudential's space could be found, this is extremely unlikely. Based on market conditions and recent market leasing activity, the more likely scenario is that space, if it can be rented at all, will be absorbed in 2,500-25,000 rsf blocks. It will cost ownership over $1,000,000 merely to lease less than 17,000 rsf. Given the uncertainty regarding the market and the loan, ownership is not interested in pursuing such leases. In fact, at the present moment ownership is even having trouble discussing direct leases with existing Prudential subtenants, as the brokerage costs make such leasing activity prohibitive unless/until ownership's future in the property can be assured.

**Total cash shortfalls:**
**2014 ($2,090,666)**
**2015 ($1,775,033)**
**2016 ($1,775,033)**
**Leasing 90% of 92,177 rsf at $60/rsf ($4,977,540)**
**TOTAL SHORTFALL 2014-2016: ($10,618,272)**

---

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

---