# EXHIBIT 12

**From:** Kurt Padavano
**To:** 'Abraham B. Schwartz'
**CC:** Steve Greenberg
**Sent:** 2/2/2014 4:20:18 PM
**Subject:** RE: Gateway IV and Concourse Association

Abraham,

I called and left a message with your admin the other day but have not yet heard back from you. Unfortunately, we cannot agree to a release or stand still on the lien from the Condo Association. It is the Associations position that all pass due charges must be paid prior to the release. Kurt

ADVANCE REALTY | CELEBRATING 35 YEARS

Kurt R. Padavano | Chief Operating Officer
1041 U.S. Highway 202/206
Bridgewater, NJ 08807
T 908.254.3123 | F 908.470.9145
www.advancere.com

**Follow us:**
Follow our news at **The News Funnel**
Follow us on **Twitter**
Follow us on **Facebook**
Connect with us on **LinkedIn**

P Please consider the environment before printing this email.

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Thursday, January 23, 2014 3:23 PM
**To:** Kurt Padavano
**Cc:** "Steve Greenberg' (steve@heritagecapitalgroup.net)'
**Subject:** RE: Gateway IV and Concourse Association
**Importance:** High

Kurt -

I just tried your office and received a mailbox full message. I'm hoping we can speak today and resolve the impasse. I'm under tremendous pressure from my servicer to either have the lien lifted, or to commence litigation against the Association and Advance. I'd hate to sue at this point, as I don't think we are far apart. Having said that, the fact that it has taken 2 years to get a meeting with you, and that I have been trying to get you on the phone regarding the lien release issue for a month now without success, just shows how broken the governance of the Concourse Association is, and why is completely unacceptable to me to spend another cent on the Association until we have an understanding of how the Association's maintenance obligations will be carried out. We will also need some kind of an agreement with teeth that enables us to ensure that the areas adjacent to Gateway IV are properly serviced. At our meeting the discussion was about getting the list of work items together and then over February and March turning that into a legal document. As a show of good faith, we paid 50% of the claimed "arrears" despite the fact that our attorneys advised that we were under no obligation to do so, and had an excellent case to not only defer those

payments but to abate them altogether, based on the non-provision of required services by the association. We chose to take the gentlemanly approach, and in exchange we asked you to do the same. Gateway IV isn't going anywhere, and will always be available to be liened in the future if it comes to that. In the meantime, by giving me breathing room with my servicer, you allow me to work with you to get the issues I need resolved while still having Advance retain the advantages it enjoys vis the Concourse Association. If I can't get the breathing room, then my servicer really gives me no choice but litigation, which is a massive waste of all our resources.

Let me know when we can speak and resolve this.

Best,

---

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

---

**From:** Kurt Padavano [mailto:KurtP@advancere.com]
**Sent:** Wednesday, January 22, 2014 5:05 PM
**To:** Abraham B. Schwartz
**Cc:** "Steve Greenberg' (steve@heritagecapitalgroup.net)'; Joe Tobia; Rick Zack
**Subject:** RE: Gateway IV and Concourse Association

Abraham,

Sorry for the delay. I was tied up with a family medical emergency the last couple of days. Counsel advises that we cannot agree to a release or standstill on the lien until payments are current. What I can do is to agree to eliminate all of the "interest" and "late fees" that have accumulated on this account since December of 2011 totaling $6,840.25 as of today, IF you pay all other amounts in full by January 31st, 2014. Let me know if you will be paying so that I can have the release process ready by 2/1/14. Thanks. Kurt

ADVANCE REALTY | CELEBRATING 35 YEARS

Kurt R. Padavano | Chief Operating Officer
1041 U.S. Highway 202/206
Bridgewater, NJ 08807
T 908.254.3123 | F 908.470.9145
www.advancere.com

**Follow us:**

Follow our news at **The News Funnel**
Follow us on **Twitter**
Follow us on **Facebook**
Connect with us on **LinkedIn**

P Please consider the environment before printing this email.

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

**From:** Abraham B. Schwartz [mailto:aschwartz@lichtergroup.com]
**Sent:** Tuesday, January 21, 2014 4:51 PM
**To:** Kurt Padavano
**Cc:** "Steve Greenberg' (steve@heritagecapitalgroup.net)'; Joe Tobia; Rick Zack
**Subject:** RE: Gateway IV and Concourse Association

Kurt -

Hope you are well. Can I trouble you for a response to my email below? My mortgage servicer is on my case about this, which puts pressure on the continued progress that we have been making. Can I get my attorney to draft an agreement? Thanks.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

**From:** Abraham B. Schwartz
**Sent:** Thursday, January 16, 2014 4:59 PM
**To:** Kurt Padavano (KurtP@advancere.com)
**Cc:** 'Steve Greenberg' (steve@heritagecapitalgroup.net); 'Joe Tobia'; Rick Zack
**Subject:** FW: Gateway IV and Concourse Association

Kurt -

Thank you for your email a couple of days ago, and thanks to Joe for the below. I will make sure we follow up and keep the process moving.

The one issue that I wanted to raise with you directly was a standstill agreement: At our meeting we discussed executing an agreement whereby the lien that has been placed on Gateway IV would be removed,

but the Concourse Association would retain its rights to reinstate that lien if we do not reach a resolution of our issues by a certain date (I believe we discussed March). This would certainly make my relationship with my lender easier, and would not diminish any rights that the Concourse Association has in the event that our progress stalls (which I think is increasingly unlikely). Can I tell my mortgage servicer that I have your agreement, at least in concept, to a standstill agreement. Can I have my attorney prepare a draft?

Thank you, best regards,

---

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com

---

**From:** Joe Tobia [mailto:JoeT@advancere.com]
**Sent:** Thursday, January 16, 2014 4:22 PM
**To:** Abraham B. Schwartz; 'Steve Greenberg' (steve@heritagecapitalgroup.net)
**Cc:** Kurt Padavano; Rick Zack
**Subject:** RE: Gateway IV and Concourse Association

Abraham,
Here is a recap of the items noted during our meeting:

- Cleaning of GW3 & GW4 Concourse areas – After further discussing the issue with Ken from GW4 we both determined the major issue in regard to cleaning referenced in our meeting is not in the scope of our contract with Allan Industries. The issue is the architectural steel and columns in the atrium have not been cleaned in many years (if ever). I met with Valcourt and Kenny on 1/9/14 to discuss logistics etc. As of today, Valcourt is uncertain if the Danka lift offered by GW4 will provide proper reach to access all areas. Valcourt is set to return Monday with a lift rental company to investigate other options.
- Revolving door replacement/repair –I met with my contractor, Miric Doors, on 1/8/14. I am awaiting a proposal from them for replacement of both revolving and fixed doors. I met with Ken earlier this week to discuss status but have not been provided contact information for your door contractor.
- Escalator repairs/modernization – We completed a major repair to the escalators back in January 2013 which required a multiple day shutdown but all other repairs were included in the contract. In 2012, there were 3 service calls on Escalator #2 and 5 on Escalator #1. In 2013, 5 calls for #1 and 4 for #2. Two weeks ago we had to replace a handrail and the timing of the holiday resulted in the unit being shut down for a couple of extra days due to delay in receiving the materials. I will be completing the state inspection mandated clean down of the escalators beginning in the evening of Thursday Feb. 20th through Saturday in an effort to keep the units up and running during normal business hours

- HVAC issues in concourse area outside Side Dish Café – Thad and I reviewed the issue with Ken, any repairs/replacements to existing concourse units would require off hours working and reconfiguration of old systems. The nonworking units are ceiling mounted in the tenants space so work has to take place when they are closed. We have reached out to HVAC contractor for proposals and alternate solutions. The were here today to inspect and will be developing a scope to address the issue.
- Atrium Glass – I have not solicited proposals for the tinting or frosting of all windows so the new and existing blend better. In discussing with Ken from GW4, we both felt the Danka lift would not be sufficient to access the windows properly. This will be better confirmed once either Valcourt or another contractor complete the high cleaning. Weather is currently not conducive to resolving this issue from outside.

I have been and will continue communicating with Ken on a regular basis so he may be able to fill in some additional details as things progress.

Regards,
Joe

ADVANCE REALTY | CELEBRATING 35 YEARS

Joseph W. Tobia | General Manager
T 973.623.1997 | F 973.623.1306
One Gateway Center | Suite 210
Newark, New Jersey 07102
**joet@advancere.com**

Follow our news at **The News Funnel**
Follow us on **Twitter**
Like us on **Facebook**
Connect with us on **LinkedIn**

**From:** Kurt Padavano
**Sent:** Tuesday, January 14, 2014 4:34 PM
**To:** Abraham B. Schwartz; Rick Zack; Joe Tobia
**Cc:** 'Steve Greenberg' (steve@heritagecapitalgroup.net)
**Subject:** Re: Gateway IV and Concourse Association

Abraham, I am tied up in investor meetings the next couple days but had asked Rick and Joe to prepare a full update on the items discussed in our last meeting, which they have been working on the last couple of days and they will be contacting you tomorrow with that update. Thanks. Kurt

*Sent from my Verizon Wireless 4G LTE DROID*

"Abraham B. Schwartz" <aschwartz@lichtergroup.com> wrote:

Kurt -

Hope all is well and happy new year. Could you please give me a call? I want to keep the momentum from our meeting going. Should just take a minute. Thanks.

Best,

Abraham B. Schwartz

Lichter & Lichter

**Lichter & Lichter, L.P.**
35 West 36th Street
Sixth Floor East
New York, NY 10018
**Tel:** 212-927-7088
**Fax:** 212-927-9227
**Email:** aschwartz@lichtergroup.com