# EXHIBIT 13

**From:** nannette
**To:** Abraham B. Schwartz
**Sent:** 6/30/2015 4:52:31 PM
**Subject:** FW: Gateway IV 991078256 and Mezzanine loan 991065849 Cash Management and liens
**Attachments:** Notice of Lien Nov 7 2013 .pdf; Notice of Lien June 2015 .pdf

Nannette Jerlat
Heritage Capital Group
123 Prospect Street
PO Box 627
Ridgewood, NJ 07451
201-251-9700
fax 201-251-9009

**From:** Ruth Rosenbaum [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Tuesday, June 30, 2015 12:42 PM
**To:** nannette
**Cc:** Ruth Rosenbaum
**Subject:** FW: Gateway IV 991078256 and Mezzanine loan 991065849 Cash Management and liens
Please advise status of the liens.
Ruth

BERKADIA

**Ruth Rosenbaum**
**Assistant Vice President - Portfolio Analyst**

323 Norristown Road, Suite 300 | Ambler PA 19002
T: +1 (215) 328-1905 | F: +1 (215) 441-7605
ruth.rosenbaum@berkadia.com | www.berkadia.com
Berkadia Commercial Mortgage LLC

**a Berkshire Hathaway and Leucadia National company**

This message is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.

**From:** Ruth Rosenbaum
**Sent:** Tuesday, June 16, 2015 4:38 PM
**To:** nannette
**Cc:** Ruth Rosenbaum
**Subject:** RE: Gateway IV 991078256 and Mezzanine loan 991065849 Cash Management and liens
Nannette,
I am out of the office until Monday.
Please advise regarding the cash trap and the attached two liens- one is from June 2015 and the other is from 2013. Was the one from 2013 discharged.? Can you provide documentation?
Thanks

Ruth

BERKADIA

**Ruth Rosenbaum**
**Assistant Vice President - Portfolio Analyst**

323 Norristown Road, Suite 300 | Ambler PA 19002
T: +1 (215) 328-1905 | F: +1 (215) 441-7605
ruth.rosenbaum@berkadia.com | www.berkadia.com
Berkadia Commercial Mortgage LLC

**a Berkshire Hathaway and Leucadia National company**

This message is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.

**From:** nannette [mailto:nannette@heritagecapitalgroup.net]
**Sent:** Tuesday, June 16, 2015 2:54 PM
**To:** Ruth Rosenbaum
**Subject:** RE: Gateway IV 991078256 and Mezzanine loan 991065849 Cash Management
Sorry our phones are down – what is your schedule today/tomorrow
Nannette Jerlat
Heritage Capital Group
123 Prospect Street
PO Box 627
Ridgewood, NJ 07451
201-251-9700
fax 201-251-9009

**From:** Ruth Rosenbaum [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Tuesday, June 16, 2015 2:51 PM
**To:** nannette
**Subject:** RE: Gateway IV 991078256 and Mezzanine loan 991065849 Cash Management
Are you available for a quick call?

BERKADIA

**Ruth Rosenbaum**
**Assistant Vice President - Portfolio Analyst**

323 Norristown Road, Suite 300 | Ambler PA 19002
T: +1 (215) 328-1905 | F: +1 (215) 441-7605
ruth.rosenbaum@berkadia.com | www.berkadia.com
Berkadia Commercial Mortgage LLC

**a Berkshire Hathaway and Leucadia National company**

This message is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.

**From:** nannette [mailto:nannette@heritagecapitalgroup.net]
**Sent:** Tuesday, June 16, 2015 2:41 PM
**To:** Ruth Rosenbaum
**Subject:** RE: Gateway IV 991078256 and Mezzanine loan 991065849 Cash Management
Ruth:
I have a message out for Abraham Schwartz and will get back to you in the next few days.
Nannette Jerlat

Heritage Capital Group
123 Prospect Street
PO Box 627
Ridgewood, NJ 07451
201-251-9700
fax 201-251-9009

**From:** Ruth Rosenbaum [mailto:Ruth.Rosenbaum@berkadia.com]
**Sent:** Tuesday, June 16, 2015 2:37 PM
**To:** nannette
**Cc:** Ruth Rosenbaum
**Subject:** FW: Gateway IV 991078256 and Mezzanine loan 991065849 Cash Management

Hi Nannette,

Per Section 3VIII of the Cash Management Agreement "Cash Management Period" commences if i) an event of default has occurred under and as defined in loan agreement ii) the filling of a petition whether voluntary or involuntary under Title 11 of the United States Code (bankruptcy event ) or iii) Debt Service Coverage Ratio shall be less than 1.05 to 1 .0 (a "DSCR Event") and terminating upon receipt by agent of a notice of cash management period termination event.

**The DSCR for the trailing twelve month period ending 03/31/2015 is at 1.02 which is below the required threshold.**

I have asked you to provide your calculations to show why you are disputing our analysis before we go ahead and implement the Cash Management Period.

Please provide your objections in the next few days so we can review prior to the July payment date.

Thank you,
Ruth

BERKADIA
Ruth Rosenbaum
Assistant Vice President - Portfolio Analyst
323 Norristown Road, Suite 300
Ambler PA 19002
T: +1 (215) 328-1905 | F: +1 (215) 441-7605
Ruth.Rosenbaum@berkadia.com | http://www.berkadia.com
Berkadia Commercial Mortgage LLC
a Berkshire Hathaway and Leucadia National company

This message is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.

-----Original Message-----
From: nannette [mailto:nannette@heritagecapitalgroup.net]
Sent: Tuesday, June 09, 2015 1:31 PM
To: Ruth Rosenbaum
Subject: RE: Gateway IV 991078256 and Mezzanine loan 991065849

I am not in the office today - working from home so I don't have access to the numbers - will get back to you tomorrow Thanks Ruth

Nannette Jerlat
Heritage Capital Group
123 Prospect Street

PO Box 627
Ridgewood, NJ 07451
201-251-9700
fax 201-251-9009
-----Original Message-----
From: Ruth Rosenbaum [mailto:Ruth.Rosenbaum@berkadia.com]
Sent: Tuesday, June 09, 2015 1:29 PM
To: nannette
Cc: Ruth Rosenbaum
Subject: RE: Gateway IV 991078256 and Mezzanine loan 991065849
Hi Nannette,
Just wanted to follow up on this.
Ruth
BERKADIA
Ruth Rosenbaum
Assistant Vice President - Portfolio Analyst
323 Norristown Road, Suite 300
Ambler PA 19002
T: +1 (215) 328-1905 | F: +1 (215) 441-7605 Ruth.Rosenbaum@berkadia.com | http://www.berkadia.com Berkadia Commercial Mortgage LLC
a Berkshire Hathaway and Leucadia National company
This message is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.
-----Original Message-----
From: nannette [mailto:nannette@heritagecapitalgroup.net]
Sent: Thursday, June 04, 2015 10:57 AM
To: Ruth Rosenbaum
Subject: RE: Gateway IV 991078256 and Mezzanine loan 991065849
Now that I am on the same page I have to review it. Will get back to you ________________________________________
From: Ruth Rosenbaum [Ruth.Rosenbaum@berkadia.com]
Sent: Thursday, June 04, 2015 10:54 AM
To: nannette
Cc: Brittany Barrett; Ruth Rosenbaum
Subject: RE: Gateway IV 991078256 and Mezzanine loan 991065849
Thank you Nannette.
So you are ok with Berkadia's calculation of the DSCR which leads to a Cash Management Period?
Ruth
BERKADIA
Ruth Rosenbaum
Assistant Vice President - Portfolio Analyst
323 Norristown Road, Suite 300

Ambler PA 19002
T: +1 (215) 328-1905 | F: +1 (215) 441-7605 Ruth.Rosenbaum@berkadia.com | http://www.berkadia.com Berkadia Commercial Mortgage LLC
a Berkshire Hathaway and Leucadia National company
This message is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.
-----Original Message-----
From: nannette [mailto:nannette@heritagecapitalgroup.net]
Sent: Thursday, June 04, 2015 10:51 AM
To: Ruth Rosenbaum
Cc: Brittany Barrett
Subject: RE: Gateway IV 991078256 and Mezzanine loan 991065849
Sorry Ruth I thought we were talking about the Heritage Industrial portfolio please disregard this because it is the operating expenses from the industrial portfolio & the debt service from Gateway.

---

From: Ruth Rosenbaum [Ruth.Rosenbaum@berkadia.com]
Sent: Thursday, June 04, 2015 10:29 AM
To: nannette
Cc: Brittany Barrett
Subject: FW: Gateway IV 991078256 and Mezzanine loan 991065849
Good morning,
Can you please make sure that the attached Operating Statement you send me (first attachment) belongs to Loan 991078256 Gateway IV property located at 100 Mulberry Street Newark NJ (and not for loan 991079393 Heritage Industrial Portfolio).
The attached breakdown of Operating Statements does not match previously submitted reports by you (second attachment)
Please advise.
Thank you,
Ruth
[cid:image005.jpg@01D09DF1.4A3F0E70]
Ruth Rosenbaum
Assistant Vice President - Portfolio Analyst
323 Norristown Road, Suite 300 | Ambler PA 19002
T: +1 (215) 328-1905 | F: +1 (215) 441-7605
ruth.rosenbaum@berkadia.com> | www.berkadia.com>
Berkadia Commercial Mortgage LLC
a Berkshire Hathaway and Leucadia National company
This message is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.
From: nannette [mailto:nannette@heritagecapitalgroup.net]
Sent: Wednesday, June 03, 2015 11:35 AM
To: Ruth Rosenbaum
Subject: RE: Gateway IV 991078256 and Mezzanine loan 991065849

Hi Ruth:
We do not agree with your spreadsheet - I am attaching my spreadsheet for what was reported to Berkadia with the quarterly financials - The 3,200,080 reported for my operating expenses includes all expenses including property taxes, insurance and management fees. It appears that your spreadsheet is counting them twice.
Please review - thanks
Nannette Jerlat
Heritage Capital Group
123 Prospect Street
PO Box 627
Ridgewood, NJ 07451
201-251-9700
fax 201-251-9009
From: Ruth Rosenbaum [mailto:Ruth.Rosenbaum@berkadia.com]
Sent: Wednesday, June 03, 2015 10:18 AM
To: nannette
Cc: Ruth Rosenbaum
Subject: Gateway IV 991078256 and Mezzanine loan 991065849
Hi Nannette,
Per Section 3VIII of the Cash Management Agreement "Cash Management Period" commences if i) an event of default has occurred under and as defined in loan agreement ii) the filling of a petition whether voluntary or involuntary under Title 11 of the United States Code (bankruptcy event ) or iii) Debt Service Coverage Ratio shall be less than 1.05 to 1 .0 (a "DSCR Event") and terminating upon receipt by agent of a notice of cash management period termination event.
The DSCR for the trailing twelve month period ending 03/31/2015 is at 1.02 which is below the required threshold.
Please see a copy of our calculations for your reference
As a result, all excess cash flow will be deposited into the Excess Cash Flow Reserve.
Please review and let me know if you object to the calculations before we implement the " Cash Management Period."
[cid:image001.png@01D09DF1.4A3F0E70]
[cid:image003.png@01D09DF1.4A3F0E70]
[cid:image004.png@01D09DF1.4A3F0E70]
We will need an Operating Budget as well so we can review for approval and calculate your Operating Expenses.
Thank you,
Ruth
[cid:image005.jpg@01D09DF1.4A3F0E70]
Ruth Rosenbaum
Assistant Vice President - Portfolio Analyst
323 Norristown Road, Suite 300 | Ambler PA 19002
T: +1 (215) 328-1905 | F: +1 (215) 441-7605
ruth.rosenbaum@berkadia.com> | www.berkadia.com>
Berkadia Commercial Mortgage LLC
a Berkshire Hathaway and Leucadia National company

This message is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.