# EXHIBIT 14

| | | |
|---|---|---|
| **4 GATEWAY CENTER** | | |
| **INCOME & EXPENSE STATEMENT** | | |
| **4th qtr 2014** | | |
| | **4th Qtr 2014** | **YTD 2014** |
| **OPERATING REVENUE** | | |
| BASE RENTAL | 2,286,094 | 9,381,975 |
| RE TAXES REIMBURSEMENT | 96,900 | 391,321 |
| COMMON AREA & MAIT INCOME | 154,950 | 572,144 |
| ELECTRICITY REIMB | 129,793 | 568,277 |
| DIRECT TENANT CHARGES | 87,301 | 345,602 |
| **TOTAL OPERATING REVENUE** | **2,755,038** | **11,259,319** |
| **PROPERTY OPERATING EXPENSES** | | |
| INSURANCE | 29,471 | 121,060 |
| PROPERTY TAXES | 449,801 | 1,668,960 |
| ELECTRIC | 207,780 | 926,266 |
| GAS | 5,392 | 54,528 |
| WATER/SEWER | 5,433 | 22,129 |
| CLEANING SERVICE | 126,665 | 512,294 |
| CLEANING SUPPLIES | 14,904 | 56,677 |
| WORKERS COMP | 8,823 | 33,214 |
| PAYROLL | 140,002 | 543,931 |
| UNION COSTS | 65,705 | 184,960 |
| PAYROLL SERVICE | 417 | 1,639 |
| ASSOCIATION FEES | 28,476 | 113,904 |
| TELEPHONE | 3,367 | 13,554 |
| MISC ENGINEER EXPENSES | 8,544 | 25,180 |
| OTHER PROPERTY EXPENSE | 0 | 0 |
| **TOTAL PROPERTY EXPENSES** | **1,094,780** | **4,278,296** |
| **MANAGEMENT FEES** | | |
| MANAGEMENT FEES | 133,435 | 383,459 |
| **REPAIRS & MAINT. EXPENSES** | | |
| WATER TREATMENT | 3,877 | 16,505 |
| WINDOW CLEANING | 0 | 11,110 |
| HVAC NON CAPITAL | 0 | 35,661 |
| PLUMBING REPAIRS | 0 | 0 |
| BUILDING MGMT SYSTEM | 12,345 | 30,391 |
| ELEVATOR REPAIR & MAINT | 17,823 | 71,475 |
| PEST CONTROL | 2,182 | 9,775 |
| SNOWPLOWING | 944 | 8,762 |
| LANDSCAPING | 1,270 | 5,085 |
| WASTE REMOVAL | 7,143 | 19,621 |
| LICENSES, FEES, & PERMITS | 351 | 4,820 |
| GENERAL MAINTENANCE | 38,333 | 84,098 |
| SECURITY | 80,269 | 330,321 |
| ALARMS & SPRINKLERS | 0 | 2,157 |
| DIRECT TENANT EXPENSES | 34,375 | 84,194 |
| **TOTAL REPAIR & MAINT EXPENSES** | **198,912** | **713,976** |
| **TOTAL OPERATING EXPENSES** | **1,427,127** | **5,375,730** |
| **NET OPERATING INCOME BEFOR DEBT SERVICE** | **1,327,911** | **5,883,589** |

| | | |
|---|---|---|
| **4 GATEWAY CENTER** | | |
| **INCOME & EXPENSE STATEMENT** | | |
| **4th qtr 2015** | | |
| | **4th Qtr 2015** | **YTD 2015** |
| **OPERATING REVENUE** | | |
| BASE RENTAL | 2,123,452 | 8,248,346 |
| RE TAXES REIMBURSEMENT | 83,760 | 370,939 |
| COMMON AREA & MAIT INCOME | 97,155 | 424,308 |
| ELECTRICITY REIMB | 102,728 | 478,508 |
| DIRECT TENANT CHARGES | 73,913 | 335,778 |
| **TOTAL OPERATING REVENUE** | **2,481,008** | **9,857,879** |
| **PROPERTY OPERATING EXPENSES** | | |
| INSURANCE | 31,618 | 121,927 |
| PROPERTY TAXES | 372,732 | 1,592,084 |
| ELECTRIC | 174,976 | 814,589 |
| GAS | 19,040 | 74,712 |
| WATER/SEWER | 6,957 | 26,630 |
| CLEANING SERVICE | 117,140 | 468,562 |
| CLEANING SUPPLIES | 12,640 | 52,673 |
| WORKERS COMP | 9,054 | 35,542 |
| PAYROLL | 154,331 | 549,852 |
| UNION COSTS | 48,777 | 184,454 |
| PAYROLL SERVICE | 596 | 2,009 |
| ASSOCIATION FEES | 28,476 | 113,904 |
| TELEPHONE | 3,459 | 14,034 |
| MISC ENGINEER EXPENSES | 6,850 | 30,599 |
| OTHER PROPERTY EXPENSE | 0 | 0 |
| **TOTAL PROPERTY EXPENSES** | **986,646** | **4,081,571** |
| **MANAGEMENT FEES** | | |
| MANAGEMENT FEES | **103,058** | **399,572** |
| **REPAIRS & MAINT. EXPENSES** | | |
| WATER TREATMENT | 3,978 | 15,910 |
| WINDOW CLEANING | 0 | 7,643 |
| HVAC NON CAPITAL | 18,051 | 42,099 |
| PLUMBING REPAIRS | 0 | 420 |
| BUILDING MGMT SYSTEM | 6,211 | 19,362 |
| ELEVATOR REPAIR & MAINT | 20,022 | 75,096 |
| PEST CONTROL | 1,800 | 11,750 |
| SNOWPLOWING | 0 | 3,456 |
| LANDSCAPING | 495 | 2,991 |
| WASTE REMOVAL | 5,692 | 17,549 |
| LICENSES, FEES, & PERMITS | 3,448 | 11,460 |
| GENERAL MAINTENANCE | 15,092 | 47,033 |
| SECURITY | 80,958 | 324,087 |
| ALARMS & SPRINKLERS | 806 | 2,483 |
| DIRECT TENANT EXPENSES | 11,696 | 60,558 |
| **TOTAL REPAIR & MAINT EXPENSES** | **168,249** | **641,897** |
| **TOTAL OPERATING EXPENSES** | **1,257,953** | **5,123,040** |
| **NET OPERATING INCOME** | **1,223,055** | **4,734,839** |
| **BEFOR DEBT SERVICE** | | |

| 4 GATEWAY CENTER<br>INCOME & EXPENSE STATEMENT<br>2nd qtr 2016 | 2nd Qtr 2016 | YTD 2016 |
|---|---|---|
| OPERATING REVENUE | | |
| BASE RENTAL | 2,109,639 | 4,232,517 |
| RE TAXES REIMBURSEMENT | 70,159 | 150,059 |
| COMMON AREA & MAIT INCOME | 128,985 | 234,280 |
| ELECTRICITY REIMB | 106,121 | 192,077 |
| DIRECT TENANT CHARGES | 89,961 | 195,166 |
| TOTAL OPERATING REVENUE | 2,504,865 | 5,004,099 |
| PROPERTY OPERATING EXPENSES | | |
| INSURANCE | 39,403 | 70,334 |
| PROPERTY TAXES | 398,021 | 796,042 |
| ELECTRIC | 174,798 | 336,524 |
| GAS | 10,327 | 42,968 |
| WATER/SEWER | 6,988 | 13,022 |
| CLEANING SERVICE | 109,363 | 234,277 |
| CLEANING SUPPLIES | 13,248 | 25,514 |
| WORKERS COMP | 8,836 | 17,693 |
| PAYROLL | 136,574 | 298,419 |
| UNION COSTS | 44,864 | 95,587 |
| PAYROLL SERVICE | 607 | 1,296 |
| ASSOCIATION FEES | 29,622 | 58,098 |
| TELEPHONE | 3,946 | 7,225 |
| MISC ENGINEER EXPENSES | 9,014 | 12,560 |
| OTHER PROPERTY EXPENSE | 0 | 0 |
| TOTAL PROPERTY EXPENSES | 985,611 | 2,009,559 |
| MANAGEMENT FEES | | |
| MANAGEMENT FEES | 101,367 | 200,904 |
| REPAIRS & MAINT. EXPENSES | | |
| WATER TREATMENT | 3,977 | 6,629 |
| WINDOW CLEANING | 0 | 0 |
| HVAC NON CAPITAL | 3,293 | 18,653 |
| PLUMBING REPAIRS | 0 | |
| BUILDING MGMT SYSTEM | 461 | 19,547 |
| ELEVATOR REPAIR & MAINT | 7,605 | 25,492 |
| PEST CONTROL | 1,250 | 1,250 |
| SNOWPLOWING | 540 | 3,345 |
| LANDSCAPING | 944 | 1,776 |
| WASTE REMOVAL | 7,548 | 10,772 |
| LICENSES, FEES, & PERMITS | 6,650 | 7,470 |
| GENERAL MAINTENANCE | 17,360 | 30,403 |
| SECURITY | 81,371 | 161,729 |
| ALARMS & SPRINKLERS | 358 | 358 |
| DIRECT TENANT EXPENSES | 14,673 | 23,287 |
| TOTAL REPAIR & MAINT EXPENSES | 146,030 | 310,711 |
| TOTAL OPERATING EXPENSES | 1,233,008 | 2,521,174 |
| NET OPERATING INCOME<br>BEFOR DEBT SERVICE | 1,271,857 | 2,482,926 |

| 4 GATEWAY CENTER<br>INCOME & EXPENSE STATEMENT<br>3rd qtr 2016 | YTD<br>2016 |
|---|---|
| **OPERATING REVENUE** | |
| BASE RENTAL | 6,365,052 |
| RE TAXES REIMBURSEMENT | 220,559 |
| COMMON AREA & MAIT INCOME | 360,880 |
| ELECTRICITY REIMB | 315,849 |
| DIRECT TENANT CHARGES | 268,020 |
| **TOTAL OPERATING REVENUE** | **7,530,360** |
| **PROPERTY OPERATING EXPENSES** | |
| INSURANCE | 107,018 |
| PROPERTY TAXES | 1,205,527 |
| ELECTRIC | 539,277 |
| GAS | 43,763 |
| WATER/SEWER | 21,189 |
| CLEANING SERVICE | 351,416 |
| CLEANING SUPPLIES | 36,435 |
| WORKERS COMP | 26,380 |
| PAYROLL | 417,045 |
| UNION COSTS | 145,516 |
| PAYROLL SERVICE | 1,914 |
| ASSOCIATION FEES | 87,147 |
| TELEPHONE | 10,154 |
| MISC ENGINEER EXPENSES | 17,117 |
| OTHER PROPERTY EXPENSE | 0 |
| **TOTAL PROPERTY EXPENSES** | **3,009,898** |
| **MANAGEMENT FEES** | |
| MANAGEMENT FEES | **304,104** |
| **REPAIRS & MAINT. EXPENSES** | |
| WATER TREATMENT | 11,336 |
| WINDOW CLEANING | 0 |
| HVAC NON CAPITAL | 25,844 |
| PLUMBING REPAIRS | |
| BUILDING MGMT SYSTEM | 25,446 |
| ELEVATOR REPAIR & MAINT | 56,726 |
| PEST CONTROL | 7,000 |
| SNOWPLOWING | 3,345 |
| LANDSCAPING | 2,608 |
| WASTE REMOVAL | 16,338 |
| LICENSES, FEES, & PERMITS | 8,811 |
| GENERAL MAINTENANCE | 45,193 |
| SECURITY | 247,674 |
| ALARMS & SPRINKLERS | 3,791 |
| DIRECT TENANT EXPENSES | 24,127 |
| **TOTAL REPAIR & MAINT EXPENSES** | **478,239** |
| **TOTAL OPERATING EXPENSES** | **3,792,241** |
| **NET OPERATING INCOME<br>BEFOR DEBT SERVICE** | **3,738,119** |

| | | |
|---|---|---|
| **4 GATEWAY CENTER** | | |
| **INCOME & EXPENSE STATEMENT** | | |
| **Jan - Nov 16** | | |
| | | **Jan - Nov 2016** |
| **OPERATING REVENUE** | | |
| | BASE RENTAL | 7,850,166 |
| | RE TAXES REIMBURSEMENT | 267,559 |
| | COMMON AREA & MAIT INCOME | 445,280 |
| | ELECTRICITY REIMB | 375,566 |
| | DIRECT TENANT CHARGES | 316,343 |
| **TOTAL OPERATING REVENUE** | | **9,254,914** |
| **PROPERTY OPERATING EXPENSES** | | |
| | INSURANCE | 131,341 |
| | PROPERTY TAXES | 1,499,786 |
| | ELECTRIC | 636,761 |
| | GAS | 52,469 |
| | WATER/SEWER | 25,248 |
| | CLEANING SERVICE | 447,745 |
| | CLEANING SUPPLIES | 39,131 |
| | WORKERS COMP | 32,139 |
| | PAYROLL | 514,314 |
| | UNION COSTS | 175,042 |
| | PAYROLL SERVICE | 2,474 |
| | ASSOCIATION FEES | 106,513 |
| | TELEPHONE | 12,347 |
| | MISC ENGINEER EXPENSES | 21,674 |
| | OTHER PROPERTY EXPENSE | 0 |
| **TOTAL PROPERTY EXPENSES** | | **3,696,984** |
| **MANAGEMENT FEES** | | |
| | MANAGEMENT FEES | **371,683** |
| **REPAIRS & MAINT. EXPENSES** | | |
| | WATER TREATMENT | 15,313 |
| | WINDOW CLEANING | 0 |
| | HVAC NON CAPITAL | 40,275 |
| | PLUMBING REPAIRS | |
| | BUILDING MGMT SYSTEM | 27,209 |
| | ELEVATOR REPAIR & MAINT | 69,831 |
| | PEST CONTROL | 8,750 |
| | SNOWPLOWING | 3,345 |
| | LANDSCAPING | 3,440 |
| | WASTE REMOVAL | 19,132 |
| | LICENSES, FEES, & PERMITS | 10,611 |
| | GENERAL MAINTENANCE | 72,010 |
| | SECURITY | 305,506 |
| | ALARMS & SPRINKLERS | 3,791 |
| | DIRECT TENANT EXPENSES | 39,037 |
| **TOTAL REPAIR & MAINT EXPENSES** | | **618,250** |
| **TOTAL OPERATING EXPENSES** | | **4,686,917** |
| **NET OPERATING INCOME BEFOR DEBT SERVICE** | | **4,567,997** |

| | | |
|---|---|---|
| **4 GATEWAY CENTER** | | |
| **INCOME & EXPENSE STATEMENT** | | |
| **4th qtr 2016** | | |
| | **4th Qtr 2016** | **YTD 2016** |
| **OPERATING REVENUE** | | |
| BASE RENTAL | 2,228,336 | 8,593,388 |
| RE TAXES REIMBURSEMENT | 70,500 | 291,059 |
| COMMON AREA & MAIT INCOME | 126,600 | 487,480 |
| ELECTRICITY REIMB | 88,770 | 404,619 |
| DIRECT TENANT CHARGES | 84,308 | 352,328 |
| **TOTAL OPERATING REVENUE** | **2,598,514** | **10,128,874** |
| **PROPERTY OPERATING EXPENSES** | | |
| INSURANCE | 36,683 | 143,701 |
| PROPERTY TAXES | 443,801 | 1,649,328 |
| ELECTRIC | 150,501 | 689,778 |
| GAS | 20,697 | 64,460 |
| WATER/SEWER | 6,001 | 27,190 |
| CLEANING SERVICE | 139,747 | 491,163 |
| CLEANING SUPPLIES | 11,090 | 47,525 |
| WORKERS COMP | 8,686 | 35,066 |
| PAYROLL | 150,560 | 567,605 |
| UNION COSTS | 50,514 | 196,030 |
| PAYROLL SERVICE | 788 | 2,702 |
| ASSOCIATION FEES | 29,049 | 116,196 |
| TELEPHONE | 3,535 | 13,689 |
| MISC ENGINEER EXPENSES | 10,091 | 27,208 |
| OTHER PROPERTY EXPENSE | | 0 |
| **TOTAL PROPERTY EXPENSES** | **1,061,744** | **4,071,642** |
| **MANAGEMENT FEES** | | |
| MANAGEMENT FEES | 96,235 | **400,339** |
| **REPAIRS & MAINT. EXPENSES** | | |
| WATER TREATMENT | 5,303 | 16,639 |
| WINDOW CLEANING | 0 | |
| HVAC NON CAPITAL | 14,431 | 40,275 |
| PLUMBING REPAIRS | 0 | |
| BUILDING MGMT SYSTEM | 3,703 | 29,149 |
| ELEVATOR REPAIR & MAINT | 19,408 | 76,134 |
| PEST CONTROL | 3,000 | 10,000 |
| SNOWPLOWING | 0 | 3,345 |
| LANDSCAPING | 1,535 | 4,143 |
| WASTE REMOVAL | 4,251 | 20,589 |
| LICENSES, FEES, & PERMITS | 1,800 | 10,611 |
| GENERAL MAINTENANCE | 37,483 | 82,676 |
| SECURITY | 84,131 | 331,805 |
| ALARMS & SPRINKLERS | 0 | 3,791 |
| DIRECT TENANT EXPENSES | 18,818 | 42,945 |
| **TOTAL REPAIR & MAINT EXPENSES** | **193,863** | **672,102** |
| **TOTAL OPERATING EXPENSES** | **1,351,841** | **5,144,082** |
| **NET OPERATING INCOME BEFOR DEBT SERVICE** | **1,246,673** | **4,984,792** |