**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12, | Civil Action No. 2:17-cv-02036-KM-MAH |
| Plaintiff, | |
| -against- | Motion Day: July 3, 2017 |
| LICHTER GATEWAY IV LLC, CLAIRE LICHTER, individually and in her capacity as Executrix of the ESTATE OF ALFRED LICHTER, JOSEPH SCHWARTZ, SUZETTE SCHWARTZ, THE ALFRED LICHTER 2000 FAMILY TRUST, and GATEWAY CONCOURSE ASSOCIATION, INC., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Motion for Summary Judgment has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure by ECF on this 15th day of June, 2018.[1]

*/s/ Vivian M. Arias*
Vivian M. Arias

[1] On June 14, 2018, the parties filed a Stipulation and Proposed Consent Order substituting Four Gateway Center Note Owner LLC ("Noteholder") into this action as the Plaintiff, in the place and stead of Wells Fargo Bank, N.A., as Trustee For Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2006-IQ12 ("Wells Fargo"), which is pending signature by the Court. For purposes of this Motion, Noteholder, Noteholder, Wells Fargo, and their predecessors-in-interest, as appropriate, are collectively referred to herein as "Plaintiff."