**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-IQ12,<br><br>Plaintiff,<br><br>-against-<br><br>LICHTER GATEWAY IV LLC, CLAIRE LICHTER, individually and in her capacity as Executrix of the ESTATE OF ALFRED LICHTER, JOSEPH SCHWARTZ, SUZETTE SCHWARTZ, THE ALFRED LICHTER 2000 FAMILY TRUST, and GATEWAY CONCOURSE ASSOCIATION, INC.,<br><br>Defendants. | Civil Action No. 2:17-cv-02036-KM-MAH<br><br>**STIPULATION AND CONSENT ORDER SUBSTITUTING PLAINTIFF AND AMENDING CAPTION** |

Plaintiff Wells Fargo Bank, N.A., as Trustee For Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2006-IQ12 (hereinafter "Plaintiff"), acting by and through C-III Asset Management LLC (f/k/a ARCap Servicing, Inc.) and Defendants Lichter Gateway IV, LLC, Claire Lichter, individually and in her capacity as Executrix of the Estate of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and the Alfred Lichter 2000 Family Trust (hereinafter "Defendant") (individually each a "Party", and collectively, the "Parties"), by and through their undersigned counsel of record, agree and stipulate as follows:

(1) FOUR GATEWAY CENTER NOTE OWNER LLC is the current owner and holder of the Note and Mortgage, as defined in the Complaint in this action;

(2) FOUR GATEWAY CENTER NOTE OWNER LLC is hereby substituted as the Plaintiff, in the place and stead of Wells Fargo Bank, N.A., as Trustee For Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2006-IQ12 ("Wells

Fargo"), and in accordance with Fed. R. Civ. P. 25, assumes the litigation position of Wells Fargo in this matter;

(3) the caption of this action is hereby amended as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FOUR GATEWAY CENTER NOTE OWNER LLC, | : | |
| Plaintiff, | : | Civil Action No. 2:17-cv-02036-KM-MAH |
| -against- | : | |
| LICHTER GATEWAY IV LLC, CLAIRE LICHTER, individually and in her capacity as Executrix of the ESTATE OF ALFRED LICHTER, JOSEPH SCHWARTZ, SUZETTE SCHWARTZ, and THE ALFRED LICHTER 2000 FAMILY TRUST, | : | |
| Defendants. | : | |

and

(4) The pleadings are hereby amended to reflect FOUR GATEWAY CENTER NOTE OWNER LLC as the Plaintiff, and all references in the pleadings and other filings associated therewith, shall hereinafter refer to FOUR GATEWAY CENTER NOTE OWNER LLC as the Plaintiff.

Case 2:17-cv-02036-KM-MAH Document 71-1 Filed 06/14/18 Page 3 of 3 PageID: 1209

Dated: June 14, 2018

THOMPSON & KNIGHT LLP

By: /s/ Vivian M. Arias
Vivian M. Arias
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3001
Facsimile: (214) 999-9208
Email: vivian.arias@tklaw.com

*Attorneys for Plaintiff*

LOWENSTEIN SANDLER, LLP

By: /s/ Michael T. G. Long
Michael T. G. Long
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email:
mlong@lowenstein.com

*Attorney for Defendants*

SO ORDERED

*s/Michael A. Hammer*
**Michael A. Hammer, U.S.M.J.**

**Date:** 6/25/2018

**So Ordered**: ________________