Lowenstein Sandler

Michael T.G. Long
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: 973 422 6726
F: 973 422 6727
E: mlong@lowenstein.com

September 28, 2018

***Via ECF***

Honorable Kevin McNulty
United States District Court
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** ***Four Gateway Center Note Owner LLC v. Lichter Gateway IV LLC, et al.***
**Civil Action No. 2:17-cv-2036 (KM) (MAH)**

Dear Judge McNulty:

As Your Honor is aware, this firm represents Defendants Lichter Gateway IV LLC ("Lichter Gateway IV"), Claire Lichter, individually and in her capacity as executrix of the estate of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and the Alfred Lichter 2000 Family Trust (collectively, the "Lichter Defendants") in the above captioned action. The Lichter Defendants respectfully submit this request for another modest extension of time with respect to the pending deadlines regarding the briefing schedule for Plaintiff's motion for summary judgment.

The parties have continued to advance discussions on the terms for a settlement of this matter, which was agreed upon subject to documentation. The parties are currently working to finalize that documentation and negotiations are nearing a conclusion. But as these discussions are expected to continue, Lichter Defendants respectfully request that the current October 2, 2018 deadline for a response and any cross-motion by the Lichter Defendants be adjourned to October 16, 2018. Plaintiff has consented to this request. Plaintiff in turn requests an adjournment of the deadline by which Plaintiff is to file a reply and any opposition to a cross-motion from October 22, 2018 to November 5, 2018. The Lichter Defendants consent to that request.

If these requests are acceptable to your Honor, we respectfully request this letter be "So Ordered."

We thank the Court for its attention to this matter.

Respectfully submitted,

By: /s/ Vivian M. Arias
THOMPSON & KNIGHT LLP
900 Third Avenue. 20th Floor
New York, New York 10022
Tel: 212.751.3325
Fax: 214.999.9208

*Attorneys for Four Gateway Center Note Owner LLC*

By: /s/ Michael T. G. Long
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597.2400

*Attorneys for Defendants Lichter Gateway IV LLC, Claire Lichter, Individually and In Her Capacity as Executrix of The Estate Of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and The Alfred Lichter 2000 Family Trust.*

**SO ORDERED**

Kevin McNulty

Hon. Kevin McNulty, U.S.D.J.
Date: 9/28/18