Michael T.G. Long, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500

*Attorneys for Defendants Lichter Gateway IV LLC, Claire Lichter, Individually and In Her Capacity as Executrix of the Estate of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and The Alfred Lichter 2000 Family Trust.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FOUR GATEWAY CENTER NOTE OWNER LLC,<br><br>Plaintiff,<br><br>v.<br><br>LICHTER GATEWAY IV LLC, CLAIRE LICHTER, individually and in her capacity as Executrix of the ESTATE OF ALFRED LICHTER, JOSEPH SCHWARTZ, SUZETTE SCHWARTZ, THE ALFRED LICHTER 2000 FAMILY TRUST,<br><br>Defendants. | **Document Electronically Filed**<br><br>Civil Action No. 2:17-cv-02036-KM-MAH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

It is hereby stipulated and agreed that Plaintiff's Complaint and this action, having been settled by and between the undersigned parties, is hereby dismissed with prejudice, without attorneys' fees or costs to any party.

It is further stipulated and agreed that the Receiver appointed in this action be terminated, discharged and released in entirety from its appointment as

Receiver, and that the Receiver's fees be approved nunc pro tunc, without attorneys' fees or costs or liability to any party.

It is further stipulated and agreed that all funds held by the Receiver and all amounts held in any Receivership account shall be disbursed to the Plaintiff.

By: /s/ Vivian M. Arias
THOMPSON & KNIGHT LLP
900 Third Avenue. 20th Floor
New York, New York 10022
Tel: 212.751.3325
Fax: 214.999.9208

*Attorneys for Plaintiff Four Gateway Center Note Owner LLC*

By: /s/ Michael T. G. Long
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597.2400

*Attorneys for Defendants Lichter Gateway IV LLC, Claire Lichter, Individually and In Her Capacity as Executrix of The Estate Of Alfred Lichter, Joseph Schwartz, Suzette Schwartz, and The Alfred Lichter 2000 Family Trust.*

Dated: November 29, 2018

Dated: November 29, 2018

**SO ORDERED:**
Dated: 11/30/2018

HONORABLE KEVIN MCNULTY, U.S.D.J.